# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (Orlando)

FILED

2017 SEP 20  PM 1:29

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**STEPHEN P. WALLACE (SPW), Plaintiff,**
**1116 Sheffer Road  Apt. F;**
**Aurora, IL. 60505**
**v.**
**DRS NETWORK & IMAGING SYSTEMS**
**(DRS/NIS);**
**VISION TECHNOLOGIES, INC. (VTI);**
**and ROBERET LEE THOMPSON (RLT),**
                                    **Defendants.**

**CASE #:** 6:17-cv-1664-ORL-18DCI

**(Jury Trial Demanded)**


## COMPLAINT

Comes now Plaintiff, who alleges Defendants covertly colluded to Date to Breach their written CONTRACT with Plaintiff, as a "REQUIRED PARTY" to the Transaction, for his [3 %] Over-riding Royalty Fee "***on any & all FINANCIAL and/or EQUITY".*** (see CONTRACT)

## JURISDICTION & VENUE

1 That this Court has Subject Matter Jurisdiction & Venue over all Claims that were ultimately tortuously Breached @ (DRS/NIS) offices in Melbourne, Florida, and per Florida ***[Section 95, 11 (2) (b)],*** is filed within the Statute of Limitations. **Note**: Extraordinary Circumstances exist where equitable tolling of the statute of limitations is warranted when the Parties are in "***covert concealment of the real Evidence to prosecute Claims due".***
*(Rosner v. USA, 231 F Supp .2d 1202, 1209 (SD FL 2002);*
*(Hilao v. Estate of Marcos, 103 F .3d 767,773 (9th Cir., 1996);*
*(Bodner v. Banque Paribus, 114 F Supp. .2d 117 (ED NY 2000);*
*( Richards v. Mileski, 662 F .2d 65 (DC Cir. 1981).*

## PARTIES

2 Plaintiff (SPW) is currently a resident of the State of Illinois.
3 Defendant (DRS/NIS) is a company based in Melbourne, Florida.
4 Defendant (VTI) is a company based in Bentonville, Arkansas.
5 Defendant (RLT) is President of (VTI) and based in Bentonville, Arkansas.

## CHRONOLOGICAL FACTS IN SUPPORT

6 That pro se/pauperis (SPW) originally was an international financial planner for the largest drilling company in the world, Parker Drilling, then commenced real estate and Oil & Gas Syndication/Development for his Family's substantial Estate until his father's death in 1990, wherein "interloper/usurper trustees" altered his Irrevocable 1974 Trusts to insert themselves as Beneficiaries criminally converting (SPW) & his Family's Estate penniless.
7 That (SPW) was introduced to (VTI) & RLT) in 2005 whom aggressively sought (SPW) global contacts in high finance to procure a "Global JV Bidding Partner" for (VTI), as the US Department of Defense Contracts required "High Bonding of all the DOD Projects including Pre-expenditure of all Costs", which the (VTI) Financial Statement could not meet without a "**_AAA Rated DOD Partner_**" to front.
8 That (SPW) commenced his Due Diligence for procuring (VTI) Prospects for over (7 years), all at (SPW) sole expense for travel, G & A., which ultimately resulted in (DRS/NIS) MEETING in Melbourne with ALL "**_Required Parties_**". (enclosures)
9 That thereafter (VTI) & (RLT) maliciously deprived (SPW) any TERMS of the 2012 CONTRACT, resulting in (SPW), not able to afford an attorney, initiated the Terms of the CONTRACT @ [AAA Arbitration], which "Deferred AAA Fees" due to (SPW) financial situation as his ultimate success per the CONTRACT supported the Risk which [AAA] advanced. (enclosures)
10 That (VTI) & (RLT) then "Breached the AAA Terms of the CONTRACT", refusing to participate nor advance the [AAA Fees] per the CONTRACT, compelling (SPW) to Withdraw the [AAA] **_Commencement of Schedule_**. (enclosed)
11 That when (DRS/NIS) VP CTO, John Baylouny contacted (SPW) on **_LinkedIn_** on **_May 2, 2014_**, presumably to follow-up on the substantial "on-going Bidding JV" that (SPW) had successfully procured, (SPW) demanded Baylouny and (DRS/NIS) "comply with (SPW) as a Required Party" to their JV with (VTI) as (RLT) & (VTI) had tortuously Breached their side of the DEAL. (enclosed)

12 That Baylouny then breached (DRS/NIS) their written Contract to have (SPW) as a "Required Party", in alleged covert collusion with (RLT), instead "referring (SPW) to (DRS/NIS) General counsel, Matt Weingast, an Original Participant to all the procured Melbourne Meetings. (enclosed)

13 That (SPW) emailed and called Matt Weingast multiple times, simply to have him as (DRS/NIS) General Counsel, attempt to "Disclaim any JV", ***in writing***, with (VTI), which he refused to reply nor return Calls, ***therefore acknowledged the JV***.

14 That Defendants perpetrated this "inter-state Fraud/Breach of Contract" upon (SPW) with premediated malice and forethought, '*covertly concealing any access*' to (SPW) of the Evidence to support his (3 %) Over-riding Royalty Interests.

15 That (SPW) finally researched in 2017 that (DRS/NIS) JV not only needed (VTI) "veteran minority status" to "***claim preference of DOD Contracts***", but that the (VTI) "***multiple DOD OPTIC PATENTS***" were the "Smoking Gun" of how JV Actors were amassing "***Magnum DOD CONTRACTS since 2012***". (enclosures)

## COUNT 1 TORTOUS BREACH OF CONTRACT
## COUNT 2 CIVIL CONSPIRACY
## REMEDY SOUGHT

a) Plaintiff seeks the Court to "Re-instate Plaintiff as Procuring Cause" of the (DRS/NIS) & (VTI) DOD Global JV Bidding ALLIANCE, appointing a Forensic Auditor to certify "all Contract Income between (DRS/NIS), (VTI)/(RLT), their Affiliates & Assigns", with "on-going Court Supervision, **ALL at Defendant's SOLE EXPENSE**, including other punitive Damages deemed by the Court;

b) Once Forensic Auditor has certified ALL the JV Contract TOTALS due under the (SPW) CONTRACT, to ORDER "***treble/punitive Damages under the (3%) Over-riding Fees Due***", be paid (SPW) in *Lump Sum and Monthly thereafter*.

Respectfully submitted,

**AFFIDAVIT** *Stephen P. Wallace*

I swear/affirm the foregoing is true under penalty of perjury.

State of ___I L___

County of ___KANE___

Stephen P. Wallace signed this Affidavit before me this 18th day, September, 2017

*Roseanne Freundt*

NOTARY

OFFICIAL SEAL
ROSEANNE FREUNDT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/21/19

# ORIGINATION FEE CONTRACT

This AGREEMENT ("CONTRACT") is made and entered into by & between the **CLIENT**, Vision Technologies, Inc., its affiliates, officers & assigns, with its HQ Principal Office @  700 S.E. 5th Street, Suite # 2; Bentonville, AR. 72712, and **AGENTS**, Stephen P. Wallace @ 52 Westmoreland Place; St. Louis, MO. 63108, & J. Eric Peterson @ 415 N. Forest; Fayetteville, AR. 72701:

* CLIENT hereby authorizes AGENTS to "procure & originate" [Ready, Willing & Able INVESTORS], whether Corporate or Individuals, solely acceptable to CLIENT, to acquire, JV, merge, & finance CLIENT via "bona fide Negotiations", that may be Bonded to assure Performance.

* CLIENT agrees that should said Negotiations result in an "Acceptable Transaction" between the Parties to the Negotiations, aka **PRINCIPALS**, AGENTS will earn a [6 %] Gross Origination FEE, (3 % Each), on any & all FINANCIAL and/or EQUITY 'infusion' that will be due & payable concurrently when said [Transaction/Exchange] is Funded, and the Origination Fee will be remitted by the [Escrow Company] named to CLOSE the Transaction.

* CLIENT agrees to allow AGENTS to have "access to all Closing Documents & Negotiations" to assure 'full transparency' between the PARTIES involved. In the Event that the FUNDING is a "Staged Transaction" over a Period of Time, with Equity, Debt & Like-kind Exchanges, CLIENT agrees to remit said FEE concurrently @ the Time of Transaction.

* CLIENT & AGENTS agree that should "ANY PARTY" to this Transaction [Breach or Interfere] with said TERMS, the Party-in-Breach will ADVANCE ALL COSTS to the [American Arbitration Association] in Dallas, TX., as ["Binding Arbitration"] to Resolve Any Dispute, and All Legal Costs should there be a Breach in the binding [AAA Verdict].

* AGENTS will REGISTER their PRINCIPAL PROSPECTS with CLIENT via US Mail & E-Mail.

**Vision Technologies, Inc.**

By: _____                    Witness: _____ 6/18/2012
Robert Lee Thompson, President & CEO                         James Torraco

State of Arkansas
County of _____
Robert Lee Thompson appeared before me this ____ day of _____, 2012, and
signed this Agreement.

_____
Notary Public



# VISION
TECHNOLOGIES INC.

Home    Vision Products    Certification & Testing Approvals    About Us    Contact Us    News & Events



SHIPBOARD PROTECTION SYSTEMS     ABOVE AND BELOW DECK IMAGING SYSTEMS

# Reliability. Compatibility. Affordability.

Founded in 1998, Vision Technologies, Inc. (VTI) is a registered small business. The founder and CEO (a service disabled veteran) assembled a team of engineers and former military technicians and officers, to developed a product line of Military Standard Certified (MIL-STD) Electro Optic (EO) and Forward Looking Infra-Red (IR) fixed and pan and tilt sensor systems designed specifically to operate and survive in extreme environmental and operational conditions found in military combat and heavy industrial applications. Over the last 13 years, VTI has established a reputation for delivering innovative, highly reliable, cost effective imaging systems that will survive and continue to operate in extreme environmental and actual combat conditions.

## MIL-STD certification

Vision Technologies certifies all our systems, by approved government testing facilities and laboratories, to meet the standards detailed on the Certification & Testing page.

## Day/IR Configurable Camera Systems

All Vision Technologies camera heads/housings are designed to be compatible with every major board level camera/lens manufacturer worldwide. Our systems provide an unlimited number of camera/sensor configurations and the capability to incorporate the latest changes in technology, significantly extending the useful life of the system and improving cost performance.

Vision Technologies pan and tilt chassis can accommodate 2-4 different sensors, allowing for a wide variety of day/night camera/sensor combinations to meet the mission specific needs of the customer. Most sensors can be swapped in place in approximately 15 minutes with standard tools without taking the system off line.

From 1.0 inches to 13 miles, Vision Technologies systems are designed to allow the customer to dictate the system performance requirements.

## Why MIL-STD-901D Grade A/MIL-STD 810 Method 522 Ballistic Shock?

Our systems are expected to be deployed on Mine Resistant Ambush Protected (MRAP) combat vehicles and Navy/Marine Corps Amphibious Vehicles and Surface combatants, which by definition are required to withstand the destructive effects of an improvised explosive device (IED), land mine, or sub-surface mine or explosive charge. For this reason, Vision Technologies sought out the most demanding standard available that would as closely as possible replicate the destructive effects of a close proximity detonation of a high explosive. Vision Technologies tests all our systems to meet this demanding standard, subjecting our systems to over 400 g's of shock in all three axis, to ensure the camera has a reasonable expectation of surviving and being able to provide the crew with the means to quickly survey the area, day or night, identify any remaining threat and determine the safest egress route from the disabled vehicle or damaged compartment.

## MIL-S-901D Grade "A" Shock Certified

Vision Technologies, Inc. designed, developed and manufactures a full line of fixed and pan and tilt sensor/camera and supporting systems and accessories that have passed MIL-STD-901D Grade "A" Shock Certification, both lightweight table and barge. Please contact Vision Technologies to discuss your specific imaging system requirements.

## Quality Assurance Flowdowns

## Featured Product



**J2-3003 Vehicle Mounted Imaging System**

The J2 EFV System consists of two pan and tilts and one fixed EO/IR camera designed specifically to provide the vehicle driver, car commander and tro...

## News & Events

**MRAP delivery of Vision Technologies systems to Aberdeen Proving Grounds**
Friday, April 22, 2011

**Granted service disabled veteren owned small business status**
Monday, May 10, 2010

## Certification & Testing

**J6 MIL-STD 901D Grade A Barge Test Video**

Click here to read more on Certification & Testing

‹S Technologies, Inc. - Corporate Information                    http://www.drs.com/CorporateInfo/index.aspx

Cookies on finmeccanica.com



Corporate Information | Sustainability | Capabilities | Products & Services | Newsroom | Tradeshows | Careers | Facilities | Contact

Search

# CORPORATE INFORMATION

- Home
- Corporate Information
    - Management Team
    - CEO Message
    - Corporate Video
    - Thought Leadership
- Sustainability
- Newsroom
- Tradeshows
- Products and Services
- Careers
- Facilities
- Contact Us

Home > Corporate Information

## Corporate Information

DRS Technologies, headquartered in Arlington, Virginia, U.S.A., is a leading supplier of integrated products, services and support to military forces, intelligence agencies and prime contractors worldwide. Focused on defense technology, the Company develops, manufactures and supports a broad range of systems for mission critical and military sustainment requirements, as well as homeland security.

The Company has been recognized as one of the fastest growing defense technology companies in the world and holds leading market positions in thermal imaging devices, combat display workstations, electronic sensor systems, power systems, rugged computer systems, air combat training systems, mission recorders, deployable flight incident recorders, environmental control systems, telecommunication systems, aircraft loaders, military trailers and shelters, and integrated logistics and support services.

DRS's broad range of mission critical systems and sustainment solutions uniquely position the Company to support the ongoing superiority of the military's Current Force, as well as the modernization and emerging transformation initiatives of the Future Force.

DRS responds to the needs of U.S. and allied military forces, as they engage in day-to-day expeditionary activities, by providing high-tech products and systems that improve the capabilities of many key platforms. The Company also provides a range of military support systems and services DRS's products are deployed on a wide range of high-profile military platforms and on several platforms for non-military applications

Our sustainment products, such as environmental control systems, power generators, water and fuel distribution systems, chemical/biological decontamination systems and heavy equipment transport systems, are used to support military forces, humanitarian efforts and peacekeeping. We also provide security and asset protection systems and services, telecommunication and information technology services, training and logistics support services for all branches of the U.S. armed forces and certain international militaries, homeland security forces, and select government and intelligence agencies.

DRS strives to provide quality products and services and stand behind them, to invest in research and development and new market opportunities, and to leverage existing core defense programs and business areas

User Agreement/Disclaimers | Privacy Policy                                    ©2013 DRS Technologies, Inc

From: JBaylouny@drs-rsta.com
To: l.thompson@visntec.com
CC: wallyamundo@hotmail.com; BGarofalo@drs-rsta.com; BMCardinal@drs-rsta.com; SBlack@drs-rsta.com; DCrumley@drs-rsta.com
Subject: Meeting in Melbourne
Date: Wed, 12 Sep 2012 15:07:46 +0000

Lee,

I enjoyed our discussion yesterday. I am trying to arrange a meeting in Melbourne on either the week of 10/8 or the week of 10/15. The week of 10/8 is likely best, but we have several meetings we will need to work around. Monday afternoon or Tuesday afternoon are likely best. As we discussed, I would like to approach two different topics:

 Build to print discussion. This would include a plant tour and a presentation by you on a likely example candidate. We would take that to the next step and provide a bid.

 Check-6 discussion. This would include meeting with our Ground Systems guys. You would present your product and we could discuss possible application to our opportunities.

Please let me know if these dates would work for you and if you agree with the agenda.


John.


John A. Baylouny

VP, Group CTO

DRS Network and Imaging Systems

Cell: 201-913-0296

Outlook Mail

**From:(John Baylouny) O** 🔍    ⊕ New | ⌄    ↩ Reply | ⌄    🗑 Delete    🗄 Archive    Junk | ⌄    Sweep    Move to ⌄    •••

⊖ Search results

In folders

✓ All folders

Inbox

Sent Items

From

Baylouny, John
jbaylouny@drs-rsta.con

Baylouny, John
john.baylouny@drs.con

Date

● All

This week

Last week

This month

Select range

From

Wed 9/13/2017

To

Wed 9/13/2017

## Vision Technologies Meeting



**Baylouny, John <JBaylouny@drs-rsta.com>**
Mon 9/24/2012 1:52 PM

To: l.thompson@visntec.com; Stephen Wallace (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com)

Cc: Richardson, Robin (RRichardson@drs-rsta.com) ⌃

Required   Baylouny, John (JBaylouny@drs-rsta.com); l.thompson@visntec.com; Stephen Wallace (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rst Crumley, Dennis (DCrumley@drs-rsta.com) ⌃

Optional   Richardson, Robin (RRichardson@drs-rsta.com) ⌃

**When:** Mon 10/8/2012 12:00p - 2:00p
**Where:** 100 N Babcock Rd Melbourne, Florida. TBD conf room

✓ **Accept**    ? **Tentative**    ✗ **Decline**

**This invitation was updated after this message was sent. Open the update or open the item on the calendar.**

This event occurs in the past.

Flag for follow up

Outlook Mail

From:(John Baylouny) O   🔍    ⊕ New |∨    ↩ Reply |∨    🗑 Delete    🗔 Archive    Junk |∨    Sweep    Move to ∨    •••

⊙ Search results

   In folders

✓ All folders

   Inbox

   Sent Items

From

   👤 Baylouny, John
     jbaylouny@drs-rsta.con

   👤 Baylouny, John
     john.baylouny@drs.con

Date

● All

   This week

   Last week

   This month

   Select range

From

   Wed 9/13/2017   🔳

To

   Wed 9/13/2017   🔳

## Vision Technologies Meeting

**Baylouny, John <JBaylouny@drs-rsta.com>**      ⌃

Mon 10/8/2012 10:58 AM

To   'l.thompson@visntec.com'; 'Stephen Wallace (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com);
Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com)

Cc:   Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); RSTA-FL Conf Rm MLB Endeavor

⌄  ⌃

Required   Baylouny, John (JBaylouny@drs-rsta.com); 'l.thompson@visntec.com'; 'Stephen Wallace (wallyamundo@hotmail.com);
Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rst
Crumley, Dennis (DCrumley@drs-rsta.com) ⌃

Optional   Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); +1 more ⌄

🗓   **When:** Mon 10/8/2012 11:00a - 1:00p
    **Where:** 100 N Babcock Rd. Melbourne, Florida. TBD conf room

✓ Accept     ? Tentative     ✗ Decline

**This invitation was updated after this message was sent. Open the update or open the item on the calendar.**

This event occurs in the past.

------------------------------------------

## Join online meeting
https://meet.drs-rsta.com/jbaylouny/76L8KR8T

**Join by Phone**

1 (214) 996-1598 [Dallas, TX]

1 (321) 622-1598 [Melbourne, FL]

1 (855) 365-4073 [Toll-Free]

Find a local number

Conference ID: 646783

Forgot your dial-in PIN?|First online meeting?

------------------------------------------

Outlook Mail

From:(John Baylouny) O    🔍        ⊕ New | ⌄    ↩ Reply | ⌄    🗑 Delete    🗄 Archive    Junk | ⌄    Sweep    Move to ⌄    •••

⊖ Search results                    FW: Vision Technologies Meeting

  In folders

✓ All folders                       ꝑ.   Baylouny, John <JBaylouny@drs-rsta.com>                                          ⌃
  Inbox                                   Thu 1/24/2013 11:26 AM
                                          To: 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com);
  Sent Items                                  Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com)
                                          Cc: Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); RSTA-FL Conf Rm MLB Endeavor
  From                                        ⌃

      Baylouny, John                   Required: Baylouny, John (JBaylouny@drs-rsta.com); 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com);
      jbaylouny@drs-rsta.com                      Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rst
                                                   Crumley, Dennis (DCrumley@drs-rsta.com)  ⌃
      Baylouny, John                   Optional: Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); +1 more ⌄
      john.baylouny@drs-rsta.com

  Date                               📅  When:  Mon 10/8/2012 11:00a - 1:00p
                                         Where: 100 N Babcock Rd  Melbourne, Florida. TBD conf room
  ● All

      This week                          This invitation was updated after this message was sent. Open the update or open the item on the calendar.

      Last week
                                         Sent Items
      This month

      Select range
                                         _____    ___ .. _____ _____
  From

      Wed 9/13/2017    🔳                From: JBaylouny@drs-rsta.com
                                         To: l.thompson@visntec.com; wallyamundo@hotmail.com; BGarofalo@drs-rsta.com; BMCardinal@drs-rsta.com; S
  To                                     DCrumley@drs-rsta.com
                                         CC: RRichardson@drs-rsta.com; MWeingast@drs-rsta.com; mlbendeavor@drs-rsta.com
      Wed 9/13/2017    🔳                Subject: Vision Technologies Meeting
                                         Date: Mon, 8 Oct 2012 15:58:51 +0000


                                         <u>**Join online meeting**</u>
                                         https://meet.drs-rsta.com/jbaylouny/76L8KR8T
                                         Join by Phone
                                         1 (214) 996-1598 [Dallas, TX]
                                         1 (321) 622-1598 [Melbourne, FL]
                                         1 (855) 365-4073 [Toll-Free]
                                         Find a local number
                                         Conference ID: 646783
                                         Forgot your dial-in PIN?|First online meeting?

Outlook Mail

From:(John Baylouny) O    🔍     ⊕ New | ⌄    ↩ Reply | ⌄    🗑 Delete    🗄 Archive    Junk | ⌄    Sweep    Move to ⌄    •••

⊙ **Search results**       **FW: Vision Technologies Meeting**

In folders

✓ All folders

Inbox            BJ    **Baylouny, John <JBaylouny@drs-rsta.com>**
                   Wed 3/6/2013 2:58 PM

Sent Items             To   'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com);
                   Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com)

From                 Cc:   Richardson, Robin (RRichardson@drs-rsta.com) ⌃

                    Required:   Baylouny, John (JBaylouny@drs-rsta.com); 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com);
    👤   Baylouny, John                 Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rst
      jbaylouny@drs-rsta.com          Crumley, Dennis (DCrumley@drs-rsta.com) ⌃
    👤   Baylouny, John                 Optional:   Richardson, Robin (RRichardson@drs-rsta.com) ⌄
      john.baylouny@drs.com

Date                        📅   **When:**   Mon 10/8/2012 11:00a - 1:00p
                           **Where:**   100 N Babcock Rd, Melbourne, Florida, TBD conf room

●   All

   This week            This invitation was updated after this message was sent. Open the update or open the item on the calendar.

   Last week

   This month          Sent Items

   Select range          Here the Formal Strategy Session took place, but Rick & I could not afford to get down to Florida per Baylouny's
                   in via Teleconference ...

From

   Wed 9/13/2017    📧
                       From: wallyamundo@hotmail.com
To                     To: dcvisiontech@hotmail.com
                       Subject: FW: Vision Technologies Meeting
   Wed 9/13/2017    📧       Date: Thu, 24 Jan 2013 11:28:29 -0600

                       From: JBaylouny@drs-rsta.com
                       To: l.thompson@visntec.com; wallyamundo@hotmail.com; BGarofalo@drs-rsta.com; BMCardinal@drs-rsta.com; S
                       DCrumley@drs-rsta.com
                       CC: RRichardson@drs-rsta.com
                       Subject: Vision Technologies Meeting
                       Date: Mon, 24 Sep 2012 19:00:07 +0000

Outlook Mail

**From:**(John Baylouny) O   🔍    ⊕ New | ∨    ↩ Reply | ∨    🗑 Delete    🗄 Archive    Junk | ∨    Sweep    Move to ∨    •••

⊖ Search results

In folders

✓ All folders

Inbox

Sent Items

From

👤 Baylouny, John
jbaylouny@drs-rsta.con

👤 Baylouny, John
john.baylouny@drs-rsta.com

Date

● All

This week

Last week

This month

Select range

From

Wed 9/13/2017   🔲

To

Wed 9/13/2017   🔲

## FW: Vision Technologies Meeting

B,    **Baylouny, John <JBaylouny@drs-rsta.com>**      ⌃

Thu 3/21/2013 5:09 PM

To   'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com);
Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com)

Cc   Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); RSTA-FL Conf Rm MLB Endeavor

⌃

Required   Baylouny, John (JBaylouny@drs-rsta.com); 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com);
Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rst
Crumley, Dennis (DCrumley@drs-rsta.com)   ⌃

Optional   Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com);
RSTA-FL Conf Rm MLB Endeavor (mlbendeavor@drs-rsta.com)   ⌃

📅 **When:**   Mon 10/8/2012 11:00a - 1:00p
**Where:**   100 N Babcock Rd. Melbourne, Florida. TBD conf room

This invitation was updated after this message was sent. Open the update or open the item on the calendar.

Sent items

From: JBaylouny@drs-rsta.com
To: l.thompson@visntec.com; wallyamundo@hotmail.com; BGarofalo@drs-rsta.com; BMCardinal@drs-rsta.com; S
DCrumley@drs-rsta.com
CC: RRichardson@drs-rsta.com; MWeingast@drs-rsta.com; mlbendeavor@drs-rsta.com
Subject: Vision Technologies Meeting
Date: Mon, 8 Oct 2012 15:58:51 +0000

## Join online meeting
https://meet.drs-rsta.com/jbaylouny/76L8KR8T
**Join by Phone**
1 (214) 996-1598 [Dallas, TX]
1 (321) 622-1598 [Melbourne, FL]
1 (855) 365-4073 [Toll-Free]
Find a local number
Conference ID: 646783
Forgot your dial-in PIN?|First online meeting?

Outlook Mail

From:(John Baylouny) O   🔍        ⊕ New | ⌄    ↩ Reply | ⌄    🗑 Delete    📁 Archive    Junk | ⌄    Sweep    Move to ⌄    •••

🔄 **Search results**

In folders

✓ All folders

Inbox

Sent Items

From

👤 Baylouny, John
   jbaylouny@drs-rsta.con

👤 Baylouny, John
   john.baylouny@drs.con

Date

⦿ All

○ This week

○ Last week

○ This month

○ Select range

From

Wed 9/13/2017   🗓

To

Wed 9/13/2017   🗓

## FW: Vision Technologies Meeting

BJ   **Baylouny, John** <JBaylouny@drs-rsta.com>                                    ⌃
     Sat 3/23/2013 2:16 PM
     To:  'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com);
          Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com)
     Cc:  Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); RSTA-FL Conf Rm MLB Endeavor
          ⌄

     Required:  Baylouny, John (JBaylouny@drs-rsta.com); 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com);
                Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rst
                Crumley, Dennis (DCrumley@drs-rsta.com)  ⌄
     Optional:  Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); +1 more ⌄

     📅  **When:**  Mon 10/8/2012 11:00a - 1:00p
     📅  **Where:**  100 N Babcock Rd. Melbourne, Florida. TBD conf room

     This invitation was updated after this message was sent. Open the update or open the item on the calendar.

     Sent Items

     ───────────────────────────────────────────────────────────────

     From: JBaylouny@drs-rsta.com
     To: l.thompson@visntec.com; wallyamundo@hotmail.com; BGarofalo@drs-rsta.com; BMCardinal@drs-rsta.com; S
     DCrumley@drs-rsta.com
     CC: RRichardson@drs-rsta.com; MWeingast@drs-rsta.com; mlbendeavor@drs-rsta.com
     Subject: Vision Technologies Meeting
     Date: Mon, 8 Oct 2012 15:58:51 +0000

     ─────────────────────────────────────────

     <u>**Join online meeting**</u>
     https://meet.drs-rsta.com/jbaylouny/76L8KR8T
     **Join by Phone**
     **1 (214) 996-1598 [Dallas, TX]**
     **1 (321) 622-1598 [Melbourne, FL]**
     **1 (855) 365-4073 [Toll-Free]**
     <u>Find a local number</u>
     Conference ID: 646783
     <u>Forgot your dial-in PIN?</u>|<u>First online meeting?</u>

     ─────────────────────────────────────────

Outlook Mail

From:(John Baylouny) O   🔍   ⊕ New | ⌄   ↩ Reply | ⌄   🗑 Delete   🗄 Archive   Junk | ⌄   Sweep   Move to ⌄   •••

⊖ Search results
   In folders
✓ All folders
   Inbox
   Sent Items
   From

   Baylouny, John
   jbaylouny@drs-rsta.com

   Baylouny, John
   john.baylouny@drs.com

Date
• All
   This week
   Last week
   This month
   Select range

From
   Wed 9/13/2017   📅

To
   Wed 9/13/2017   📅

## FW: Vision Technologies Meeting

BJ   **Baylouny, John** <JBaylouny@drs-rsta.com>    ⌃
    Mon 3/25/2013 9:47 AM
   To: 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com);
     Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com)
   Cc: Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); RSTA-FL Conf Rm MLB Endeavor
    ⌃

   Required   Baylouny, John (JBaylouny@drs-rsta.com); 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com);
     Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rst
     Crumley, Dennis (DCrumley@drs-rsta.com) ⌃
   Optional   Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); +1 more ⌄

   📅 **When:**   Mon 10/8/2012 11:00a - 1:00p
      **Where:**   100 N Babcock Rd. Melbourne, Florida. TBD conf room

**This invitation was updated after this message was sent. Open the update or open the item on the calendar.**

Sent Items

---

From: JBaylouny@drs-rsta.com
To: l.thompson@visntec.com; wallyamundo@hotmail.com; BGarofalo@drs-rsta.com; BMCardinal@drs-rsta.com; S
DCrumley@drs-rsta.com
CC: RRichardson@drs-rsta.com; MWeingast@drs-rsta.com; mlbendeavor@drs-rsta.com
Subject: Vision Technologies Meeting
Date: Mon, 8 Oct 2012 15:58:51 +0000

---

## Join online meeting
https://meet.drs-rsta.com/jbaylouny/76L8KR8T
Join by Phone
1 (214) 996-1598 [Dallas, TX]
1 (321) 622-1598 [Melbourne, FL]
1 (855) 365-4073 [Toll-Free]
Find a local number
Conference ID: 646783
Forgot your dial-in PIN?|First online meeting?

---

## Outlook Mail

⊙ Search results

In folders

✓ All folders

Inbox

Sent Items

From

   Baylouny, John
   jbaylouny@drs-rsta.con

   Baylouny, John
   john.baylouny@drs.con

Date

● All

This week

Last week

This month

Select range

From

Wed 9/13/2017   🗓

To

Wed 9/13/2017   🗓

### FW: Vision Technologies Meeting

BJ    **Baylouny, John <JBaylouny@drs-rsta.com>**    ⌃
     Fri 3/29/2013 2:19 PM

To: 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com)

Cc: Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); RSTA-FL Conf Rm MLB Endeavor
   ⌃

Required: Baylouny, John (JBaylouny@drs-rsta.com); 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rst Crumley, Dennis (DCrumley@drs-rsta.com) ⌃

Optional: Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); +1 more ⌄

📅 **When:** Mon 10/8/2012 11:00a - 1:00p
📅 **Where:** 100 N Babcock Rd. Melbourne, Florida. TBD conf room

This invitation was updated after this message was sent. Open the update or open the item on the calendar.

Sent Items

---

From: wallyamundo@hotmail.com
To: soliver@baileyoliverlawfirm.com
Subject: FW: Vision Technologies Meeting
Date: Sat, 23 Mar 2013 14:16:29 -0500

---

From: JBaylouny@drs-rsta.com
To: l.thompson@visntec.com; wallyamundo@hotmail.com; BGarofalo@drs-rsta.com; BMCardinal@drs-rsta.com; S DCrumley@drs-rsta.com
CC: RRichardson@drs-rsta.com; MWeingast@drs-rsta.com; mlbendeavor@drs-rsta.com
Subject: Vision Technologies Meeting
Date: Mon, 8 Oct 2012 15:58:51 +0000

### Join online meeting
https://meet.drs-rsta.com/jbaylouny/76L8KR8T
Join by Phone
1 (214) 996-1598 [Dallas, TX]
1 (321) 622-1598 [Melbourne, FL]
1 (855) 365-4073 [Toll-Free]
Find a local number
Conference ID: 646783
Forgot your dial-in PIN?|First online meeting?

---

Outlook Mail

From:(John Baylouny) O    🔍    ⊕ New | ⌄   ↩ Reply | ⌄   🗑 Delete   🗄 Archive   Junk | ⌄   Sweep   Move to ⌄   •••

← Search results

In folders

✓ All folders

Inbox

Sent Items

From

   Baylouny, John
   jbaylouny@drs-rsta.con

   Baylouny, John
   john.baylouny@drs.con

Date

◉ All

  This week

  Last week

  This month

  Select range

From

  Wed 9/13/2017   🗓

To

  Wed 9/13/2017   🗓

## FW: Vision Technologies Meeting

BJ   **Baylouny, John <JBaylouny@drs-rsta.com>**        ⌃
    Wed 4/17/2013 7.13 PI.1
    To: 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com);
       Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com)
    Cc: Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); RSTA-FL Conf Rm MLB Endeavor
       ⌃

    Required: Baylouny, John (JBaylouny@drs-rsta.com); 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com);
       Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rst
       Crumley, Dennis (DCrumley@drs-rsta.com) ⌃
    Optional: Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); +1 more ⌄

    📅   **When:**   Mon 10/8/2012 11:00a - 1:00p
        **Where:** 100 N Babcock Rd. Melbourne, Florida. TBD conf room

    **This invitation was updated after this message was sent. Open the update or open the item on the calendar.**

    Sent Items

---

From: wallyamundo@hotmail.com
To: soliver@baileyoliverlawfirm.com; shenage@baileyoliverlawfirm.com; eurekarick@yahoo.com
Subject: FW: Vision Technologies Meeting
Date: Fri, 29 Mar 2013 14:19:39 -0500

---

From: wallyamundo@hotmail.com
To: soliver@baileyoliverlawfirm.com
Subject: FW: Vision Technologies Meeting
Date: Sat, 23 Mar 2013 14:16:29 -0500

---

From: JBaylouny@drs-rsta.com
To: l.thompson@visntec.com; wallyamundo@hotmail.com; BGarofalo@drs-rsta.com; BMCardinal@drs-rsta.com; S
DCrumley@drs-rsta.com
CC: RRichardson@drs-rsta.com; MWeingast@drs-rsta.com; mlbendeavor@drs-rsta.com
Subject: Vision Technologies Meeting
Date: Mon, 8 Oct 2012 15:58:51 +0000

## Join online meeting
https://meet.drs-rsta.com/jbaylouny/76L8KR8T
**Join by Phone**
1 (214) 996-1598 [Dallas, TX]
1 (321) 622-1598 [Melbourne, FL]
1 (855) 365-4073 [Toll-Free]
Find a local number
Conference ID: 646783
Forgot your dial-in PIN?|First online meeting?

🔁 · 🗎   Outlook.com recommends Microsoft Edge. Try the browser with great battery life designed for Win    Op

Outlook Mail

From:(John Baylouny) O    🔍    ⊕ New | ⌄    ↩ Reply | ⌄    🗑 Delete    📁 Archive    Junk | ⌄    Sweep    Move to ⌄    •••



⊙ Search results

In folders

✓ All folders

Inbox

Sent Items

From

Baylouny, John
jbaylouny@drs-rsta.con

Baylouny, John
john.baylouny@drs.con

Date

● All

This week

Last week

This month

Select range

From

Wed 9/13/2017    📅

To

Wed 9/13/2017    📅

## FW: Vision Technologies Meeting

BJ    **Baylouny, John <JBaylouny@drs-rsta.com>**    ⌃
Tue 8/27/2013 1:40 PM
To:   'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com); Garofalo, Barbara (BGarofalo@drs-rsta.com);
      Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rsta.com); Crumley, Dennis (DCrumley@drs-rsta.com); RSTA-FL Conf Rm MLB Endeavor
Cc:   Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); RSTA-FL Conf Rm MLB Endeavor
      ☆

Required    Baylouny, John (JBaylouny@drs-rsta.com); 'l.thompson@visntec.com'; 'Stephen Wallace' (wallyamundo@hotmail.com);
            Garofalo, Barbara (BGarofalo@drs-rsta.com); Cardinal, Brian (BMCardinal@drs-rsta.com); Black, Shawn (SBlack@drs-rst
            Crumley, Dennis (DCrumley@drs-rsta.com)  ☆

Optional    Richardson, Robin (RRichardson@drs-rsta.com); Weingast, Matt (MWeingast@drs-rsta.com); +1 more ⌄

📅   **When:**  Mon 10/8/2012 11:00a - 1:00p
     **Where:**  100 N Babcock Rd. Melbourne, Florida. TBD conf room

This invitation was updated after this message was sent. Open the update or open the item on the calendar.

Sent Items

From: JBaylouny@drs-rsta.com
To: l.thompson@visntec.com; wallyamundo@hotmail.com; BGarofalo@drs-rsta.com; BMCardinal@drs-rsta.com; S
DCrumley@drs-rsta.com
CC: RRichardson@drs-rsta.com; MWeingast@drs-rsta.com; mlbendeavor@drs-rsta.com
Subject: Vision Technologies Meeting
Date: Mon, 8 Oct 2012 15:58:51 +0000

## Join online meeting
https://meet.drs-rsta.com/jbaylouny/76L8KR8T
Join by Phone
1 (214) 996-1598 [Dallas, TX]
1 (321) 622-1598 [Melbourne, FL]
1 (855) 365-4073 [Toll-Free]
Find a local number
Conference ID: 646783
Forgot your dial-in PIN?|First online meeting?

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

phone: 877-495-4185
fax: 877-304-8457

Case Filing Services
1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
www.adr.org

November 8, 2012

**SENT VIA E-MAIL AND US MAIL**
J. Eric Peterson
415 North Forest
Fayetteville, AR 72701

Stephen P. Wallace
52 Westmoreland Place
St. Louis, MO 63108

Robert L. Thompson
Vision Technologies, Inc.
700 SE 5th Street
Suite 2
Bentonville, AR 72712

Re: 71 459 00607 12
    J. Eric Peterson and Stephen P. Wallace
    VS
    Vision Technologies, Inc.,
    its affiliates and assigns; Robert Lee Thompson,
    President & CEO

Dear Parties:

This will acknowledge receipt on October 25, 2012, of a Demand for Arbitration dated October 22, 2012. We understand that a copy was sent to Respondent.

Pursuant to the Association's fee schedule "an initial filing fee is payable in full by a filing party..." We note that Claimant's cover letter requests as well as the contract states that the filing fees will be paid by the Respondent. If Respondent is in agreement, we ask that you remit the balance of the filing fee in the amount of $6,200 on or before November 19, 2012. Otherwise, Claimant should remit this amount in order for this matter to be move forward with AAA administration.

Upon receipt of payment for the filing fee, the Association will proceed with administration of this case. If we do not receive the requested information by November 19, 2012, we will will not consider this matter properly filed and the case will be administratively closed.

If you have any questions, please contact the undersigned.

Sincerely,

Andrea Patton
Case Intake Specialist
856-679-4616
PattonA@adr.org
*Supervisor Information: Tara Parvey, 856-679-4602, ParveyT@adr.org*

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

phone: 877-495-4185
fax: 877-304-8457

December 20, 2012

Case Filing Services
1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
www.adr.org

**SENT VIA E-MAIL AND US MAIL**

J. Eric Peterson
415 North Forest
Fayetteville, AR 72701

Stephen P. Wallace
6412 East 96th Street
Tulsa, OK 74137

Re: 71 459 00607 12
    J. Eric Peterson and Stephen P. Wallace
    VS
    Vision Technologies, Inc.,
    its affiliates and assigns; Robert Lee Thompson,
    President & CEO

Dear Parties:

After careful consideration of your request for a fee deferral, the Association has determined to defer the total amount of the Initial Filing Fee in the amount of $6,200, and the total amount of your Case Service Fee in the amount of $2,500 which is incurred for all cases that proceed to their first hearing. The $6,200 balance of the Filing Fee and the $2,500 balance of the Case Service Fee, if applicable, will be due at the conclusion of the case regardless of the outcome.

**The Association has no authority to defer arbitrator compensation and expenses or non-Association hearing room expenses. These charges will be due and payable when invoices are sent, in accordance with the Rules.**

If you agree to the above terms, please return a signed copy of this letter to the undersigned if you wish to have the Association proceed with further administration of this matter. This consideration will be accepted until **January 4, 2012**, at which time the above deferral will be withdrawn in the absence of a response.

Please feel free to contact the undersigned if you have any questions.

Sincerely,

Andrea Patton
Case Intake Specialist
856-679-4616
PattonA@adr.org

*Supervisor Information: Tara Parvey, 856-679-4602, ParveyT@adr.org*

I accept the terms stated above.

Signature: _Stephen P. Wallace_    Date: December 22, 2012

Stephen Wallace

Search email

# Folders

**Inbox**  147

Archive

Junk

Drafts

Sent

**Deleted**  1

New folder

# Quick views

**Documents**  26

**Flagged**  6

**Photos**  6

**Shipping updates**  2

New category

## RE: Receipt Confirmation Request

To see messages related to this one, group messages by conversation.



**Tara Parvey**  1/03/13
To: 'Stephen Wallace'
Cc: Rick Peterson, Andrea Patton

Yes, we received both and we will be assigning this to a case manager to initiate today.

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

**Tara Parvey**
**Director**
1101 Laurel Oak Road Suite 100
Voorhees, NJ 08043
Tel: 856 679 4602
Fax: 877 304 8457
E-mail: ParveyT@adr.org
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

Tara Par

View contac

© 2014 Microsoft   Terms   Privacy   Developers

Content from

Learn more  |

of 1

2/26/2014 9:51 AM

wallyamundo@hotmail.com
https://col128.mail.live.com/default.aspx?id=648

Stephen Wallace

**Search email** 🔎

## Folders

Inbox  147

Archive

Junk

Drafts

Sent

**Deleted**  1

New folder

## Quick views

**Documents**  26

**Flagged**  6

**Photos**  6

**Shipping updates**  2

New category

## RE: Receipt Confirmation Request

To see messages related to this one, group messages by conversation.

 Andrea Patton  1/03/13
To: 'Stephen Wallace', Tara Parvey
Cc: Rick Peterson

Andrea I

View contac

Mr. Wallace:

Your case has been assigned to Kathleen Gossett-Cantrell, and moving forward you may contact her by phone at (972) 774-6929 or via E-mail at CantrellK@adr.org . Please keep in mind that she has just been assigned to this matter today, and may not have yet had the chance to entirely familiarize herself with your case. If you have any questions for the intake office, you may contact me or my supervisor, Tara.

Best regards,

Andrea Patton

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

**Andrea Patton**
**Case Filing Specialist**
1101 Laurel Oak Road Suite 100

© 2014 Microsoft    Terms    Privacy    Developers

Content from

Learn more |

2/26/2014 9:53 /

# AMERICAN ARBITRATION ASSOCIATION
## Initial Administrative Conference Agenda

Re: 71 117 Y 607 12
J. Eric Peterson and Stephen P. Wallace
and
Vision Technologies; Robert Lee Thompson

Manager: Kathleen Cantrell
Date:      January 25, 2013
Time:      10:00 CT

**I.  Introduction**
   a.  Introductory comments
   b.  Brief discussion about the nature of the dispute
   c.  Timeline for completion of the proceedings
   d.  Final Hearing Locale

**II.  Arbitrator Appointment**
   a.  Checklist for Conflicts
   b.  Special contract provisions regarding the arbitrator appointment process
   c.  Arbitrator qualifications & geographical location
   d.  Enhanced neutral selection process

**III.  Pre-Hearing Matters**
   a.  Discovery
   b.  Sample Scheduling Order
   c.  The preliminary hearing with the Arbitrator

**IV.  Administrative Information**
   a.  The use of fax and e-mail
   b.  Communication with your case manager
   c.  Communication with the arbitrator
   d.  Administrative extensions
   e.  Billing for deposits

**V.  Closing**
   a.  Mediation
   b.  Questions

Notes: _____

_____

_____

Your case manager will provide a written confirmation of arrangements made during this call.

Send       Insert     Sa\                    Stephen Wallace     



Stephen Wallace

wallyamundo@hotmail...

To                    Cc   Bcc

# FW: Peterson & Wallac

**B**   *I*   U̲   Aa   A⁺   A̲   ✎   ≔   ⋮≡   ⇶   ⋅≡   ≡   ≡   ≡   ⊖
☺

---

**From:** jrobertson@barberlawfirm.com
**To:** KathleenCantrell@adr.org; wallyamundo@hotmail.com
**CC:** eurekarick@yahoo.com; l.thompson@visntec.com
**Date:** Fri, 8 Mar 2013 11:29:08 -0600
**Subject:** RE: Peterson & Wallace vs Vision Technologies 71 117
Y 607 12

Ms. Cantrell,

Please note that Vision Technologies objects to any additional
extensions. The claimants have had ample time to pursue their
claims. The response I previously provided and documents attached
thereto demonstrate that there is no justiciable issue to be litigated,
nor does AAA have jurisdiction to handle the claim. Thank you.

James D. Robertson
BARBER LAW FIRM

© 2015 Microsoft    Terms    Privacy & cookies    Developers    English (United States)

Print                                                                      Close

# Do you know John Baylouny, John B. Quinn or Jenifer Zeigler Roland?

**From:** **LinkedIn** (messages-noreply@linkedin.com)
**Sent:** Fri 5/02/14 7:28 AM
**To:** Stephen Paul Wallace (WallyaMundo@hotmail.com)

Stephen Paul,                                              **Linked**in.

Staying in touch with valuable contacts can help you in your career.
Quickly connect to some people we think you know.



**John Baylouny**
VP, CTO at DRS Network and
Imaging Systems

  Connect with John

---

**Other people you may know**                              See All »



**John B. Quinn**
Founder & Managing Partner at
Quinn Emanuel

⊕ Connect with John B.



**Jenifer Zeigler Roland**
Executive Director at Freedom
Center of Missouri

⊕ Connect with Jenifer Zeigler

---



**Joseph Gilker**
Owner, Gilker & Jones

⊕ Connect with Joseph



**Elizabeth Hamrick**
Manager of Administration at Chem
Chem Safari Lodge, Tarangire

⊕ Connect with Elizabeth

---

This is an occasional email to help you get the most out of LinkedIn. Unsubscribe.

This email was intended for Stephen Paul Wallace (Director). Learn why we included this. © 2014, LinkedIn Corporation.
2029 Stierlin Ct. Mountain View, CA 94043, USA

Stephen P. Wallace
P.O. Box 1222
Aurora, Illinois 60505
(630) 995-1195
WallyaMundo@hotmail.com

June 20, 2014

John Baylouny
VP, CTO @ DRS Network & Imaging Systems
c/o JBaylouny@drs-rsta.com

Dear John:

The reason I tried to respond to the recent [LinkedIn] Notice was to advise you that All of the Terms of the CONTRACT that Lee Thompson & Jim Torroco signed on behalf of Vision Technologies, have been tortuously breached. (see enclosures)

You & DRS were always fully 'acknowledged & inclusive' of me as the "sole procuring cause" in the New Venture with VisionTech as confirmed in your cc: me right after Lee Thompson, even before your Team members.

However, now that Thompson has exhausted & tortuously thwarted All our Remedy @ the American Arbitration Association in [Case #:71 459 00607 12], our counsel has determined to file suit to enforce the CONTRACT and levy whatever punitive/exemplary Damages as well.

Thompson earlier breached a Contract with Mr. J. Eric Peterson after Peterson provided over [$300,000] as a Bride Loan to continue funding VisionTech in lieu of Bankruptcy with an Investor in Joplin, MO.   However Thompson then breached paying Peterson his Fee and thereafter breached paying back the Loan that saved VisionTech.

The Joplin Investor was then forced to retain the Reece, Moore & Pendergraft, LLP. Law Firm in Fayetteville, AR., which successfully Recovered the Loan Proceeds + Damages & Fees.

Should we proceed in the same manner, our counsel will compel Discovery of all Documentation from you since commencement of the relationship. I am requesting, per the Terms of the CONTRACT, if you will cooperate, without the taking of video depositions & production of document subpoenas, to forward same to me via [PDF] ?

I apologize for the drama and inconvenience, but Mr. Peterson & I worked over (7) years @ our sole expense to finally Link VisionTech with such a Global Partner as DRS. Please advise.

Sincerely,

cc: J. Eric Peterson

Steve

wallyamundo@hotmail.com                    https://col128.mail.live.com/?page=Compose&cmid=mg4FotA_6U...



Send        Insert        Sav                    Stephen Wallace



**Stephen Wallace**

wallyamundo@hotmail...

# FW: PROCUREMENT o          Draft saved at 2:46 PM

To            Cc  Bcc

**B**  *I*  U̲  Aa  A·  A̲  ∠  ≔  ⋮≡  ≣·  ·≣  ≡  ≡  ≡  ꜰ
☺

From: wallyamundo@hotmail.com
To: weingast@drs.com
CC: baylouny@drs.com; eurekarick@yahoo.com
Subject: FW: PROCUREMENT of DRS TECHNOLOGIES [JV] for
VISIONTECH, Bentonville, AR.
Date: Fri, 20 Jun 2014 15:25:54 -0500

Mr. Weingast:

Will you confirm, for the Record, that there are no 'joint
alliance/bidding agreements' between the DRS Companies
and Vision Technologies, their affiliates & assigns from the
detailed chronology [PDF] that I sent to Mr. Baylouny this
morning ?

Thank you.    Stephen Wallace

---

From: John.Baylouny@drs.com
To: wallyamundo@hotmail.com
CC: eurekarick@yahoo.com; Matt.Weingast@drs.com
Subject: RE: PROCUREMENT of DRS TECHNOLOGIES [JV] for
VISIONTECH, Bentonville, AR.
Date: Fri, 20 Jun 2014 17:00:19 +0000

Steve,

As I recall this interaction consisted of an NDA execution and one
meeting. To my knowledge there was no further dialog, nor was
there any business transacted. I believe that there is no material
documentation available to help your case from my side.

Should you or your attorney need further help or information,
please connect with Matt Weingast, our Group Counsel, at
Weingast@drs.com .

Thanks,
John.





(http://www.visntec.com/)



# Reliability. Compatibility. Affordability.

Founded in 1998, Vision Technologies, Inc. (VTI) is a registered small business. The founder and CEO (a service disabled veteran) assembled a team of engineers and former military technicians and officers, to developed a product line of Military Standard Certified (MIL-STD) Electro Optic (EO) and Forward Looking Infra-Red (IR) fixed and pan and tilt sensor systems designed specifically to operate and survive in extreme environmental and operational conditions found in military combat and heavy industrial applications. Over the years, VTI has established a reputation for delivering innovative, highly reliable, cost effective imaging systems that will survive and continue to operate in extreme environmental and actual combat conditions.

**Read more about Vision Technologies (http://www.visntec.com/about-us/)**



# Inside



☰ Government Contracts
Menu

▼ Filter

1,741 results filtered by: **"Drs Network & Imaging Systems, Llc"** ✕ - Clear filter

| Contract | Dollars Obligated | Agency | Vendor | Product or Service PSC |
|---|---|---|---|---|
| **W15P7T06DJ405** <br> **Type:** Indefinite Delivery Contract (6 years) <br> **NAICS:** Electronic Computer Manufacturing (334111) <br> **Set Aside:** None <br> 200608!004409!2100!W15P7T!USA COMMUNICATIONS-ELECTRONICS !W15P7T06DJ405 !A!N! ... Show More | **$977M** <br> United States Dollars *100% obligated* | Department of Defense | Drs Network & Imaging Systems, Llc in Melbourne, FL | Miscellaneous Communication Equipment (5895) |
| **W91CRB07D0031** <br> **Type:** Indefinite Delivery Contract (6 years) <br> **NAICS:** Optical Instrument and Lens Manufacturing (333314) <br> **Set Aside:** None <br> THERMAL WEAPON SIGHTS | **$523M** <br> United States Dollars *100% obligated* | Department of Defense | Drs Network & Imaging Systems, Llc in Melbourne, FL | Optical Sighting and Ranging Equipment (1240) |

ADVERTISEMENT- CONTINUE READING BELOW

PSC

### W58RGZ09D0001

**Type:** Indefinite Delivery Contract (14 years)
**NAICS:** Other Electronic and Precision Equipment Repair and Maintenance (811219)
**Set Aside:** None
SPARES REPAIRS AND SERVICES FOR KIOWA MMS

$433M

United States Dollars
*100% obligated*

Department of Defense

Drs Network & Imaging Systems, Llc in Melbourne, FL

Fire Control Designating and Indicating Equipment (1260)

### W58RGZ04D0028

**Type:** Indefinite Delivery Contract (7998 years)
**NAICS:** Other Electronic and Precision Equipment Repair and Maintenance (811219)
**Set Aside:** None
COR APPOINTMENT

$265M

United States Dollars
*99% obligated of $266M*

Department of Defense

Drs Network & Imaging Systems, Llc in Melbourne, FL

Parachutes; Aerial Pick Up, Delivery, Recovery Systems; Cargo Tie Down Equipment (1670)

### W52H0906G0001

**Type:** Indefinite Delivery Contract (4 years)
**NAICS:** Engineering Services (541330)
**Set Aside:** None
BOA

$244M

United States Dollars
*100% obligated*

Department of Defense

Drs Network & Imaging Systems, Llc in Huntsville, AL

Miscellaneous Electric Power and Distribution Equipment (6150)

### W15P7T11DC601

**Type:** Indefinite Delivery Contract (3 years)
**NAICS:** Electronic Computer Manufacturing (334111)
**Set Aside:** None
TO ACQUIRE INSTALLATION KITS TO PROVIDE THE ELECTRICAL AND MECHANICAL INTERFACES ... Show More

$177M

United States Dollars
*100% obligated*

Department of Defense

Drs Network & Imaging Systems, Llc in Melbourne, FL

Cable, Cord and Wire Assemblies: Communication Equipment (5995)

PSC

## W15P7T06DJ405-0030

**Type:** Delivery Order (3 years)
**NAICS:** Electronic Computer
Manufacturing (334111)
**Set Aside:** None
FFP DELIVERY ORDER FOR PRE-
PRICED FBCB2 COMPUTER SYSTEM
LRUS

**$134M**

United States
Dollars
*100%*
*obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

Miscellaneous
Communication
Equipment
(5895)

## W15P7T06DJ405-0019

**Type:** Delivery Order (3 years)
**NAICS:** Electronic Computer
Manufacturing (334111)
**Set Aside:** None
ORDER FOR ADDITIONAL LINE
REPLACEABLE UNITS OF THE EV4
APPLIQUE SYSTEM

**$131M**

United States
Dollars
*100%*
*obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

ADP Central
Processing
Unit - Hybrid
(7022)

## W91CRB07D0031-0009

**Type:** Delivery Order (1 year)
**NAICS:** Optical Instrument and Lens
Manufacturing (333314)
**Set Aside:** None
THERMAL WEAPON SIGHT

**$120M**

United States
Dollars
*100%*
*obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

Optical
Sighting and
Ranging
Equipment
(1240)

## W91CRB14D0011

**Type:** Indefinite Delivery Contract (5
years)
**NAICS:** Optical Instrument and Lens
Manufacturing (333314)
**Set Aside:** None
FWS-I/ENVG III

**$118M**

United States
Dollars
*100%*
*obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Dallas, TX

Night Vision
Equipment,
Emitted and
Reflected
Radiation
(5855)

PSC

### W15P7T06DJ405-0037

**Type:** Delivery Order (2 years)
**NAICS:** Electronic Computer
Manufacturing (334111)
**Set Aside:** None
DELIVERY ORDER 0037 IS ISSUED
ON A FIRM FIXED PRICE BASIS IN
ACCORDANCE WITH THE ... Show
More

$103M

United States
Dollars
*100%
obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

ADP Central
Processing
Unit - Hybrid
(7022)

### W15P7T06DJ405-0024

**Type:** Delivery Order (3 years)
**NAICS:** Electronic Computer
Manufacturing (334111)
**Set Aside:** None
LETTER DELIVERY ORDER
CONTRACT FOR URGENT
REQUIREMENTS

$90.1M

United States
Dollars
*100%
obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

ADP Central
Processing
Unit - Hybrid
(7022)

### W15P7T13D0054

**Type:** Indefinite Delivery Contract (1
year)
**NAICS:** Electronic Computer
Manufacturing (334111)
**Set Aside:** None
MOUNTED FAMILY OF COMPUTER
SYSTEMS (M-FOCS
CONSIDERATION TRACKING.

$89.6M

United States
Dollars
*100%
obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

ADPE System
Configuration
(7010)

### N0001916C0015

**Type:** Definitive Contract (2 years)
**NAICS:** Optical Instrument and Lens
Manufacturing (333314)
**Set Aside:** None
NRE;R&D CONTRACT FOR DAIRCM

$86.5M

United States
Dollars
*73% obligated
of $119M*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

Defense
Aircraft -
Engineering
Development
(AC14)

PSC

## W31P4Q11C0309

**Type:** Definitive Contract (6 years)
**NAICS:** Engineering Services (541330)
**Set Aside:** None
EXERCISE OPTION FOR
ENGINEERING AND LOGISTICS
SUPPORT, FUND MATERIAL AND
ODC/TRAVEL

$79.1M

United States
Dollars
*75% obligated
of $105M*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

Engineering
and Technical
Services
(R425)

## W15P7T06DJ405-0032

**Type:** Delivery Order (2 years)
**NAICS:** Electronic Computer
Manufacturing (334111)
**Set Aside:** None
FFP DELIVERY ORDER FOR LRUS

$75.2M

United States
Dollars
*100%
obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

Miscellaneous
Communication
Equipment
(5895)

## GS35F0670V

**Type:** GSA or VA Federal Supply
Schedule (10 years)
**NAICS:** Computer and Office Machine
Repair and Maintenance (811212)
**Set Aside:** None
FEDERAL SUPPLY SCHEDULE
CONTRACT.

$73.7M

United States
Dollars
*97% obligated
of $75.8M*

General
Services
Administration

Drs
Network &
Imaging
Systems,
Llc in
Melbourne.
FL

ADPE System
Configuration
(7010)

## W91CRB07D0031-0013

**Type:** Delivery Order (5 months)
**NAICS:** Optical Instrument and Lens
Manufacturing (333314)
**Set Aside:** None
HWTS (INCLUDES WARRANTY
COST)

$72.2M

United States
Dollars
*100%
obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne.
FL

Optical
Sighting and
Ranging
Equipment
(1240)

PSC

### W15P7T06DJ405-0047

**Type:** Delivery Order (2 years)
**NAICS:** Electronic Computer Manufacturing (334111)
**Set Aside:** None
HARDWARE DELIVERY ORDER

**$69.2M**

United States
Dollars
*100%
obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

Miscellaneous
Communication
Equipment
(5895)

### W91CRB07D0031-0020

**Type:** Delivery Order (2 years)
**NAICS:** Optical Instrument and Lens Manufacturing (333314)
**Set Aside:** None
THERMAL WEAPON SIGHTS(INCLUDES WARRANTY COST)

**$68.1M**

United States
Dollars
*100%
obligated*

Department of
Defense

Drs
Network &
Imaging
Systems,
Llc in
Melbourne,
FL

Optical
Sighting and
Ranging
Equipment
(1240)

**Next ›**

Displaying 1 through 20 of 1,741 listings

## Source:

USASpending.gov. Show details ▾

ADVERTISEMENT

∨ Related Topics On **Inside**▾Gov