UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA (Orlando)

FILED
2018 JAN 10 PM 2:48

STEPHEN P. WALLACE (SPW), Plaintiff,
1116 Sheffer Road Apt. F;
Aurora, IL. 60505
v.
DRS NETWORK & IMAGING SYSTEMS
(DRS/NIS);
VISION TECHNOLOGIES, INC. (VTI);
and ROBERET LEE THOMPSON (RLT),
Defendants.

CASE #: [handwritten]
(Jury Trial Demanded)

6:17-cv-1664-ORL-40DCI

## COMPLAINT

Comes now Plaintiff, who alleges Defendants covertly colluded to Date to Breach their written CONTRACT with Plaintiff, as a "REQUIRED PARTY" to the Transaction, for his [3 %] Over-riding Royalty Fee "**on any & all FINANCIAL and/or EQUITY**". (see CONTRACT)

## JURISDICTION & VENUE

1 That this Court has Subject Matter Jurisdiction & Venue over all Claims that were ultimately tortuously Breached @ (DRS/NIS) offices in Melbourne, Florida, and per Florida **[Section 95, 11 (2) (b)]**, is filed within the Statute of Limitations. **Note**: Extraordinary Circumstances exist where equitable tolling of the statute of limitations is warranted when the Parties are in "**covert concealment of the real Evidence to prosecute Claims due**".
(Rosner v. USA, 231 F Supp .2d 1202, 1209 (SD FL 2002);
(Hilao v. Estate of Marcos, 103 F .3d 767,773 (9th Cir., 1996);
(Bodner v. Banque Paribus, 114 F Supp. .2d 117 (ED NY 2000);
( Richards v. Mileski, 662 F .2d 65 (DC Cir. 1981).

## PARTIES

2 Plaintiff (SPW) is currently a resident of the State of Illinois.

3 Defendant (DRS/NIS) is a company based in Melbourne, Florida.

4 Defendant (VTI) is a company based in Bentonville, Arkansas.

5 Defendant (RLT) is President of (VTI) and based in Bentonville, Arkansas.

## CHRONOLOGICAL FACTS IN SUPPORT

6 That pro se/pauperis (SPW) originally was an international financial planner for the largest drilling company in the world, Parker Drilling, then commenced real estate and Oil & Gas Syndication/Development for his Family's substantial Estate until his father's death in 1990, wherein "interloper/usurper trustees" altered his Irrevocable 1974 Trusts to insert themselves as Beneficiaries criminally converting (SPW) & his Family's Estate penniless.

7 That (SPW) was introduced to (VTI) & RLT) in 2005 whom aggressively sought (SPW) global contacts in high finance to procure a "Global JV Bidding Partner" for (VTI), as the US Department of Defense Contracts required "High Bonding of all the DOD Projects including Pre-expenditure of all Costs", which the (VTI) Financial Statement could not meet without a "**AAA Rated DOD Partner**" to front.

8 That (SPW) commenced his Due Diligence for procuring (VTI) Prospects for over (7 years), all at (SPW) sole expense for travel, G & A., which ultimately resulted in (DRS/NIS) MEETING in Melbourne with ALL "**Required Parties**". (enclosures)

9 That thereafter (VTI) & (RLT) maliciously deprived (SPW) any TERMS of the 2012 CONTRACT, resulting in (SPW), not able to afford an attorney, initiated the Terms of the CONTRACT @ [AAA Arbitration], which "Deferred AAA Fees" due to (SPW) financial situation as his ultimate success per the CONTRACT supported the Risk which [AAA] advanced. (enclosures)

10 That (VTI) & (RLT) then "Breached the AAA Terms of the CONTRACT", refusing to participate nor advance the [AAA Fees] per the CONTRACT, compelling (SPW) to Withdraw the [AAA] **Commencement of Schedule**. (enclosed)

11 That when (DRS/NIS) VP CTO, John Baylouny contacted (SPW) on **LinkedIn** on *May 2, 2014*, presumably to follow-up on the substantial "on-going Bidding JV" that (SPW) had successfully procured, (SPW) demanded Baylouny and (DRS/NIS) "comply with (SPW) as a Required Party" to their JV with (VTI) as (RLT) & (VTI) had tortuously Breached their side of the DEAL. (enclosed)

12 That Baylouny then breached (DRS/NIS) their written Contract to have (SPW) as a "Required Party", in alleged covert collusion with (RLT), instead "referring (SPW) to (DRS/NIS) General counsel, Matt Weingast, an Original Participant to all the procured Melbourne Meetings. (enclosed)

13 That (SPW) emailed and called Matt Weingast multiple times, simply to have him as (DRS/NIS) General Counsel, attempt to "Disclaim any JV", *in writing*, with (VTI), which he refused to reply nor return Calls, **_therefore acknowledged the JV_**.

14 That Defendants perpetrated this "inter-state Fraud/Breach of Contract" upon (SPW) with premediated malice and forethought, '*covertly concealing any access*' to (SPW) of the Evidence to support his (3 %) Over-riding Royalty Interests.

15 That (SPW) finally researched in 2017 that (DRS/NIS) JV not only needed (VTI) "veteran minority status" to "**_claim preference of DOD Contracts_**", but that the (VTI) "**_multiple DOD OPTIC PATENTS_**" were the "Smoking Gun" of how JV Actors were amassing "**_Magnum DOD CONTRACTS since 2012_**". (enclosures)

## COUNT 1 TORTOUS BREACH OF CONTRACT
## COUNT 2 CIVIL CONSPIRACY
## REMEDY SOUGHT

a) Plaintiff seeks the Court to "Re-instate Plaintiff as Procuring Cause" of the (DRS/NIS) & (VTI) DOD Global JV Bidding ALLIANCE, appointing a Forensic Auditor to certify "all Contract Income between (DRS/NIS), (VTI)/(RLT), their Affiliates & Assigns", with "on-going Court Supervision, **ALL at Defendant's SOLE EXPENSE**, including other punitive Damages deemed by the Court;

b) Once Forensic Auditor has certified ALL the JV Contract TOTALS due under the (SPW) CONTRACT, to ORDER "**_treble/punitive Damages under the (3%) Over-riding Fees Due_**", be paid (SPW) in *Lump Sum and Monthly thereafter*.

Respectfully submitted,

*Stephen P. Wallace*

**AFFIDAVIT**

I swear/affirm the foregoing is true under penalty of perjury.

State of __IL__
County of __KANE__

*Stephen P. Wallace*

Stephen P. Wallace signed this Affidavit before me this 18th day, September, 2017

*Roseanne Freundt*

NOTARY

OFFICIAL SEAL
ROSEANNE FREUNDT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/21/19