# ORIGINATION FEE CONTRACT

This AGREEMENT ("CONTRACT") is made and entered into by & between the <u>CLIENT, Vision Technologies, Inc., its affiliates, officers & assigns,</u> with its HQ Principal Office @ <u>700 S.E. 5th Street, Suite # 2; Bentonville, AR. 72712,</u> and <u>AGENTS,</u> Stephen P. Wallace @ 52 Westmoreland Place; St. Louis, MO. 63108, & J. Eric Peterson @ 415 N. Forest; Fayetteville, AR. 72701:

\* CLIENT hereby authorizes AGENTS to "procure & originate" [Ready, Willing & Able INVESTORS], whether Corporate or Individuals, solely acceptable to CLIENT, to acquire, JV, merge, & finance CLIENT via "bona fide Negotiations", that may be Bonded to assure Performance.

\* CLIENT agrees that should said Negotiations result in an "Acceptable Transaction" between the Parties to the Negotiations, aka <u>PRINCIPALS,</u> AGENTS will earn a [6 %] Gross Origination FEE, (3 % Each), on any & all <u>FINANCIAL</u> and/or <u>EQUITY</u> 'infusion' that will be due & payable concurrently when said [Transaction/Exchange] is Funded, and the Origination Fee will be remitted by the [Escrow Company] named to CLOSE the Transaction.

\* CLIENT agrees to allow AGENTS to have "access to all Closing Documents & Negotiations" to assure 'full transparency' between the PARTIES involved. In the Event that the FUNDING is a "Staged Transaction" over a Period of Time, with Equity, Debt & Like-kind Exchanges, CLIENT agrees to remit said FEE concurrently @ the Time of Transaction.

\* CLIENT & AGENTS agree that should "ANY PARTY" to this Transaction [Breach or Interfere] with said TERMS, the Party-in-Breach will ADVANCE ALL COSTS to the [American Arbitration Association] in Dallas, TX., as ["Binding Arbitration"] to Resolve Any Dispute, and All Legal Costs should there be a Breach in the binding [AAA Verdict].

\* AGENTS will REGISTER their PRINCIPAL PROSPECTS with CLIENT via US Mail & E-Mail.

<u>Vision Technologies, Inc.</u>

By: _____       Witness: _____ 6/18/2012

   Robert Lee Thompson, President & CEO              James Torraco

State of Arkansas
County of _____
Robert Lee Thompson appeared before me this ____ day of _____, 2012, and
signed this Agreement.

_____
Notary Public

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEPHEN P. WALLACE,

       **Plaintiff,**

v.                                  **Case No:   6:17-cv-1664-Orl-40DCI**

DRS NETWORK & IMAGING
SYSTEMS, VISION TECHNOLOGIES,
INC. and ROBERT LEE THOMPSON,

       **Defendants.**

---

## RELATED CASE ORDER
## AND TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.   It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track Two** case.   All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases.   Counsel and any unrepresented party shall meet within sixty days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report.   The parties shall utilize the **attached** Case Management Report form. Unless otherwise ordered by the Court, a party may not seek discovery from any source before the meeting.   Fed. R. Civ. P. 26 (d); Local Rule 3.05(c)(2)(B).   *Plaintiff is responsible for serving a copy of this notice and order with attachments upon each party no later than fourteen days after appearance of the party.*



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED

2018 JAN 10  PM 2: 49

STEPHEN P. WALLACE,

      **Plaintiff,**

v.

**Case No:** 6:17-cv-1664-Orl-40DCI

**DRS NETWORK & IMAGING**
**SYSTEMS, VISION TECHNOLOGIES,**
**INC. and ROBERT LEE THOMPSON,**

      **Defendants.**

---

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

**X**   **IS**   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*See Attached Letter fer Detail*

_____ **IS NOT**   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: *October 4, 2017*

*Stephen P. Wallace*
Counsel of Record or *Pro Se* Party
   [Address and Telephone]
   *1116 Shaffer Road Apt. F*
   *Aurora, IL 60505*
   *(331) 575-2341*

AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| STEPHEN P. WALLACE | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.    6:17-cv-1664-Orl-40DCI |
| DRS NETWORK & IMAGING SYSTEMS, et al. | ) | |
| _Defendants_ | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

_Notice of a magistrate judge's availability._  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

_Consent to a magistrate judge's authority._  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| _Parties' printed names_ | _Signatures of parties or attorneys_ | _Dates_ |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____            _____
                                                                                _District Judge's signature_

                                                                     _____
                                                                                _Printed name and title_

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.   Do not return this form to a judge.

FILED
RECEIVED

**Stephen P. Wallace**
**1116 Sheffer Road   Apt. F**
**Aurora, Illinois 60505**
**(331) 575-2341**
wallyamundo@hotmail.com

2017 OCT 12  PM 4: 12

DISTRICT COURT
DISTRICT OF FLORIDA
FLORIDA

October 10, 2000

**Via USPS Express Overnight**
**#: EL 494456472 US**

**U.S. Judge Paul G. Byron CHAMBERS**
**US District Courthouse 401 W. Central Blvd.**
**Orlando, FL. 32801-0120**


**US Judge Byron:**

**Enclosed is my "RESUBMITTED DOCUMENTATION" ordered by your Court which is now
alleged to have been "Tampered/Spoliation of Evidence" by the "rogue federal Actors &
their covert HANDLERS" currently under Criminal Investigation by the USDOJ that are
proferred herein via Referral by USDOJ Inspector General, Michael Horowitz, in DC.**

**Directly related to these Actors committing Crimes under [Title 18, USC; **241 & 242], is
the reason that I am filing "Pro se/Pauperis", barely surviving which is their M.O. to keep
me destitute to discourage any possibility of "competent counsel" to compel any Court
from mandating a Forensic Audit of their "Inter-state Financial Fraud; US Tax Evasion;
Identity Theft; US Bankruptcy Crimes of the BK Super Priority Loan CASE stated in my
Pauperis Affidavit, Forged Deeds and Conspiracy to Commit Murder upon my Person to
forever quash any Accountability of their "Compounding of Felonies".**

**None of the DEFENDANTS are alleged to have any Culpability to these Crimes as of this
DATE. Therefore, I respectfully request that the Court GRANT my Pauperis Affidavit to
move forward, including affording me ELECTRONIC FILING Documentation to AVOID
being subject to further Postal Criminal Circumvention.**
**Enclosures**

COMMITTEES:
APPROPRIATIONS
BANKING, HOUSING & URBAN AFFAIRS
HEALTH, EDUCATION, LABOR & PENSIONS
AGING

# United States Senate

December 1, 2014

Mr. Stephen Wallace
1116 Sheffer Rd.
Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

Thank you for speaking with a member of my staff regarding your case with the U.S. Department of Justice.

I contacted a liaison with the Department and forwarded a copy of your correspondence to him. I will let you know when I receive a response from the liaison regarding your inquiry.

In the meantime, please do not hesitate to contact my Caseworker, Daniel Bower, at 312-886-3506 should you have any questions regarding this matter.

Sincerely,

Mark Kirk
United States Senator

CHICAGO OFFICE
230 SOUTH DEARBORN ST.
SUITE 3900
CHICAGO, IL 60604
312-886-3506

SPRINGFIELD OFFICE
607 EAST ADAMS ST.
SUITE 1520
SPRINGFIELD, IL 62701
217-492-5089
www.kirk.senate.gov

WASHINGTON OFFICE
524 HART BUILDING
WASHINGTON, DC 20510
202-224-2854

RK
JS

COMMITTEES:
APPROPRIATIONS
BANKING, HOUSING & URBAN AFFAIRS
HEALTH, EDUCATION, LABOR & PENSIONS
AGING

# United States Senate

December 12, 2014

Mr. Stephen Wallace
1116 Sheffer Rd.
Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

Thank you for speaking with a member of my staff regarding the inquiry filed on your behalf.

I contacted a liaison with the U.S. Department of Justice and forwarded a copy of your additional correspondence to him. I will let you know when I receive a response from the liaison regarding your inquiry.

In the meantime, please do not hesitate to contact my Caseworker, Daniel Bower, at 312-886-3506 should you have any questions regarding this matter.

Sincerely,

Mark Kirk
United States Senator

CHICAGO OFFICE
230 SOUTH DEARBORN ST.
SUITE 3900
CHICAGO, IL 60604
312-886-3506

SPRINGFIELD OFFICE
607 EAST ADAMS ST.
SUITE 1520
SPRINGFIELD, IL 62701
217-492-5089
www.kirk.senate.gov

WASHINGTON OFFICE
524 HART BUILDING
WASHINGTON, DC 20510
202-224-2854

**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

January 5, 2015

Stephen Wallace
1116 Sheffer Road
Apartment F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 3, 2014. The matters that you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

The primary investigative responsibilities of this office are:

• Allegations of misconduct committed by U.S. Department of Justice employees and contractors; and

• Waste and abuse by high ranking Department officials, or that affects major programs and operations.

This Office does not have jurisdiction in the matter you described. Therefore, your complaint was forwarded to the following office on December 8, 2014:

> U.S. Department of Justice
> Criminal Division
> 350 Pennsylvania Avenue, NW
> Room 2107
> Washington, DC 20530
> Telephone Number 202-353-4641

Any future correspondence regarding this matter should be directed to that office.

Sincerely,

Office of the Inspector General
Investigations Division

Stephen P. Wallace
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001


Michael E. Horowitz
USDOJ INSPECTOR GENERAL
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530


**FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST**


Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

**[USA, ex rel; Private Attorney General, Stephen P. Wallace, and All those US Tax Payers similarly situated  vs. RESPONDENTS, and John Does 1-10 not yet named for Reparations due US Government Agencies (compounded)].**

Please respond via email, voicemail and US Mail which said Predicate Actors have continued to tamper with as "obstruction of justice".   Thank you.

Sincerely,

*Stephen Wallace*

```
***********************
***    TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              2018
RECIPIENT ADDRESS     12025144001
DESTINATION ID
ST. TIME              10/03 12:24
TIME USE              01'42
PAGES SENT            9
RESULT                OK
```

Stephen P. Wallace
1116 Sheffer Road  Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001

Michael E. Horowitz
USDOJ INSPECTOR GENERAL
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530

## FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

[USA, ex rel: Private Attorney General, Stephen P. Wallace, and All these US

**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

April 11, 2016

Stephen Wallace
1116 Sheffer Rd, Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated March 5, 2016. The matters which you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

This Office does not have jurisdiction to investigate allegations that a Department of Justice attorney has committed misconduct while exercising his or her litigation authority. Accordingly, your correspondence has been referred to:

> U.S. Department of Justice
> Office of Professional Responsibility
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
> 202-514-3365

> U.S. Department of Justice
> Executive Office for U.S. Attorneys
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530

for review. Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions regarding this matter,

Sincerely,

Office of the Inspector General



U.S. Department of Justice

Mail Referral Unit

Washington, D.C. 20530

February 23, 2017

Stephen P. Wallace
Plaintiff
Private Attorney General Relator
1116 Sheffer Road, Apt F
Aurora, IL 60505-1936

Dear Friend:

   Thank you for your letter dated February 22, 2017 to the Attorney General, Deputy Attorney General, or Associate Attorney General, which was received by the Department of Justice, Mail Referral Unit, on February 23, 2017 and assigned ID number 3789582.

   Your letter will be reviewed and if a response or an update is necessary it will be sent to you within 60 business days. If you have any questions, please contact us at (301) 583-7350 and refer to your ID number 3789582 when requesting any information concerning your correspondence.

                                        Sincerely,

                                        Mail Referral Unit
                                        Department of Justice



**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*
1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

April 4, 2017

Stephen P. Wallace
1116 Sheffer Road Apt.F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of recent correspondence. The matters which you raised have been reviewed by the staff of the Investigations Division, Office of the Inspecor General.

This Office does not have jurisdiction to investigate allegations that a Department of Justice attorney has committed misconduct while exercising his or her litigation authority.  Accordingly, your correspondence has been referred to:

U.S. Department of Justice
Office of Professional Responsibility
950 Pennsylvania Avenue, NW
Washington, DC 20530

U. S. Department of Justice
Executive Office for United States Attorneys
950 Pennsylvania Avenue, NW
Washington, DC 20530

Any further correspondence regarding this matter should be directed to those offices.

Any additional material you provide our office regarding this matter will not be forwarded to the above offices.  Instead, we recommend that you correspond directly with those offices  if you have additional information to provide. Please be advised that this is the only correspondence you will receive from this Office regarding this matter.

If you have new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

July 21, 2017

Stephen Wallace
1116 Sheffer Road, Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated June 2, 2017. The matters that you raised have been reviewed by the Investigations Division, Office of the Inspector General for the U.S. Department of Justice (DOJ).

The primary investigative responsibilities of our Office are:

- Allegations of misconduct committed by DOJ employees and contractors; and

- Waste and abuse by high ranking DOJ officials, or that affects DOJ programs and operations.

Our Office does not have jurisdiction regarding the matter you described. Therefore, as a courtesy, your complaint has been forwarded to the following office:

Administrative Office of the United States Courts
1 Columbus Circle NE
Washington, DC 20002

Any additional material you provide our Office regarding this matter will not be forwarded to the above agency. Instead, any future correspondence regarding this matter should be directed to that office.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter, unless you submit new information that involves allegations or issues regarding DOJ employees, contractors, programs or operations.

Thank you for giving us the opportunity to review your concerns.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STEPHEN P. WALLACE,

   Plaintiff,

v.                                      Case No: 6:17-cv-1664-Orl-40DCI

DRS NETWORK & IMAGING
SYSTEMS, VISION TECHNOLOGIES,
INC. and ROBERT LEE THOMPSON,

   Defendants.

_____

## ORDER

This cause comes before the Court for consideration without oral argument on the following motions:

| MOTION: | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Doc. 2) |
|---|---|
| FILED: | September 20, 2017 |

THEREON it is ORDERED that the motion is DENIED without prejudice.

| MOTION: | MOTION FOR ORDERS GRANTING PAUPERIS COMPLAINT FILING AND FOR PLAINTIFF TO FILE PLEADINGS ELECTRONICALLY IN THE FUTURE (Doc. 11) |
|---|---|
| FILED: | November 11, 2017 |

THEREON it is ORDERED that the motion is DENIED without prejudice.

6. At the time Plaintiff files an amended complaint, Plaintiff shall also file a renewed motion to proceed *in forma pauperis* using an approved form, or shall pay the full filing fee. **Failure to file an amended complaint and renew the motion to proceed *in forma pauperis* or pay the full filing fee within the time provided will result in a recommendation that the case be dismissed without further warning;**

7. Plaintiff shall also immediately advise the Court of any change of address that occurs during the course of this case. He shall entitle the paper "Notice to the Court of Change of Address" and not include any motions or otherwise request any relief therein. This notice shall contain only information pertaining to the address change and the effective date of the change. **Failure to inform the Court of an address change will result in a recommendation that the case be dismissed without further warning; and**

8. **The Clerk is directed to send a copy of this order to Plaintiff by regular mail.**

**DONE AND ORDERED** in Orlando, Florida on November 30, 2017.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 7 -

CLOSED

# U.S. District Court
# Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:11-cv-01146-MSS-KRS

Wallace, et al. v. Bullock, et al.
Assigned to: Judge Mary S. Scriven
Referred to: Magistrate Judge Karla R. Spaulding
Cause: 28:1441 Notice of Removal- Civil Rights Act

Date Filed: 07/12/2011
Date Terminated: 07/19/2011
Jury Demand: None
Nature of Suit: 446 Civil Rights:
Americans with Disabilities - Other
Jurisdiction: Diversity

**Cross Claimant**

**Steven P. Wallace**
*individually and as Private Attorney*
*General, ex rel: United States of America*
*and all those similarly situated*

represented by **Steven P. Wallace**
52 Westmoreland Place (coachhouse)
St. Louis, MO 63108
PRO SE

**Cross Claimant**

**Lisa F. Wallace**
*a developmentally disabled person, by*
*and through her brother & next friend,*
*Stephen P. Wallace*

V.

**Cross Defendant**

**Patricia Bullock**
*individually*

**Cross Defendant**

**Oklahoma Department of Human**
**Services**

**Cross Defendant**

**Scott Pruitt**
*individually and in his official capacity*

**Cross Defendant**

**Mary Fallin**
*individually and in her official capacity*

**Cross Defendant**

**James Winchester**
*individually and in his official capacity*

**Cross Defendant**

**Daman Cantrell**
*individually and in his official capacity*

**Cross Defendant**

**Stanley Glanz**
*individually and in his official capacity*

**Cross Defendant**

**Tulsa County Commissioners**
*individually and in their official
capacities*

**Cross Defendant**

**Oklahoma Corporation
Commissioners**
*individually and in their official
capacities*

**Cross Defendant**

**John Does not yet named**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/12/2011 | 1 | COMPLAINT filed by Steven P. Wallace against All Cross-Defendants and MOTION for preliminary injunction. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(SR) (Entered: 07/13/2011) |
| 07/12/2011 | 2 | MOTION for leave to proceed in forma pauperis by Steven P. Wallace. (Attachments: # 1 Exhibit)(SR) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 07/13/2011) |
| 07/19/2011 | 3 | ORDER DENYING 1 Motion for Preliminary Injunction; DENYING 2 Motion for leave to proceed in forma pauperis; DISMISSING 1 Complaint with prejudice. The CLERK is DIRECTED to TERMINATE any pending motions and CLOSE this case. Signed by Judge Mary S. Scriven on 7/19/2011. (JNY) (Entered: 07/19/2011) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/21/2011 10:10:18 | | |
| **PACER Login:** | ij0075 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:11-cv-01146-MSS-KRS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

INDENTURE OF TRUST CREATING THE
FRANK A. WALLACE TRUST

THIS INDENTURE OF TRUST Made and entered into this 26th day of _____December_____, 1974, by and between FRANK A. WALLACE of Tulsa, Oklahoma, hereinafter sometimes referred to as "Grantor", and FRANK A. WALLACE, hereinafter referred to as "Trustee", shall be known as the FRANK A. WALLACE TRUST.

W I T N E S S E T H:

WHEREAS, the Grantor is the owner of certain real and personal property and desires to be relieved of the trouble, burden, care and responsibility of looking after, managing and caring for that property, and further desires to provide for the disposition of that property.

NOW, THEREFORE, for good and valuable consideration and acceptance by the Trustee of the property described in Schedule A attached hereto and the assumption by the Trustee of the obligations and duties herein defined, the Grantor does by these presents grant, bargain, sell, convey, assign, transfer and set over to the Trustee all property described in Schedule A attached hereto, to have and to hold the same unto said Trustee, his successors and assigns, in Trust, for the uses and purposes hereinafter described:

ARTICLE I.

The Trustee shall hold, manage, invest and reinvest all the Trust property, shall collect the income and gains therefrom, and after paying all the necessary expenses incident to the administration of the Trust, and all taxes thereon, shall pay all the net income of the Trust as follows:

1.   During the life of the Grantor, the Trustee shall pay all the net income of the trust estate to the Grantor or as he may otherwise direct in writing. However, during any period in the Grantor's life when he is determined to be in-

**EXHIBIT 1**

008

competent or incapacitated, the Trustee, or any Successor Trustee may use so much of the net income and any portions of the principal that may be necessary for the health, support, comfort, and welfare of the Grantor.  Any income not so used may be accumulated and added to principal from time to time.

In making the determination of the incompetency or incapacity of the Grantor, the Grantor's wife shall select two qualified Medical Doctors who must concur in their findings; if Grantor's wife is not living or otherwise unable to make the selection, the Successor Trustee shall select the Medical Doctors.

2.    Upon the death of the Grantor, the Successor Trustee shall pay all expenses of last illness, funeral and other lawful debts of the Grantor, all costs and expenses of administration, and all State and Federal Estate and Inheritance taxes found to be due and not paid by the Executor of the estate of the Grantor.  All such items of expenses shall be paid by the Successor Trustee from the income or principal of the Trust as the Successor Trustee in its discretion shall select, but all such items shall be promptly and timely paid.  All death taxes found to be due and not paid by the Executor of Grantor's estate shall be paid by the Successor Trustee from the Residuary Trust hereinafter established.

### ARTICLE II.

After the Grantor's death, the Successor Trustee shall hold and dispose of the trust property as follows:

1.    If the Grantor's wife, Lorice Wallace, survives the Grantor, the Successor Trustee shall divide the trust property (including any property devised, bequeathed or transferred to the Trustee by the Grantor's Last Will and Testament and proceeds of insurance on the Grantor's life received by the Trustee) into two separate parts, called "Part A" and "Part B", respectively.

003

(a)  Part A shall consist of that amount of property of the entire Trust Estate which when added to all property passing to the surviving spouse will secure for the Grantor's estate the maximum marital deduction allowable under the Federal Estate Tax law.  Part A, as finally determined, shall be distributed to The Lorice Wallace Trust dated the __26th__ day of __December__, 1974, to be held, administered and distributed by the Trustee thereof in accordance with the terms and conditions of that instrument.  Part B shall be composed of the remaining Trust property (subject to the payment of death taxes, as directed in Article I above), and shall be retained by the Successor Trustee as a separate Trust.

(b)  In making the distribution and allocation required in 1(a) above, the Successor Trustee shall have the authority to distribute the assets in kind to the respective Parts, but the values used shall be determined as of the date or dates of distribution so that each Part shares proportionately in the appreciation or depreciation in the value of the assets, except that no asset or the proceeds of sale thereof shall be distributed to the said Lorice Wallace Trust, which would not qualify for the estate tax marital deduction.  The Trustee shall consult with the Grantor's wife in selecting assets to be distributed to the two Parts.  Whenever possible, income-producing assets shall be distributed to the Lorice Wallace Trust.

2.   (a)  With respect to Part B retained by the Successor Trustee, the Successor Trustee shall pay so much of the net income from Part B to or for the benefit of the Grantor's wife, or to or for the benefit of the Grantor's children (or any one of them) as the Corporate Successor Trustee, in its discretion, shall deem

most beneficial.  Any income from Part B that is not distributed shall be added to the principal of Part B. In addition to payment of income, the Successor Trustee may also distribute to Grantor's wife, or to Grantor's children, or any one of them, during the term of the Trust for Part B, such portions (or all) of the principal of Part B as the Corporate Successor Trustee determines to be necessary for the health, support, maintenance and education of Grantor's wife or his children, or any one of them.

(b)  Upon the death of Grantor's wife, the Successor Trustee shall distribute the remainder of Part B in equal shares to the children of Grantor, Stephen Paul Wallace, Mary Roma Wallace, Patricia Wallace Patton, and Lisa Frances Wallace, who are then living; provided, however, if there is then in existence a Trust created by the Grantor or his wife (or both of them) for the benefit of such child or children, then the share of such child or children shall be distributed to such trust to be held, administered and distributed as provided in such Trust.  Provided further, if the Successor Trustee determines that there is not sufficient property on hand in the trust established for the benefit of Lisa Frances Wallace to maintain Lisa Frances Wallace for the rest of her natural life, then the Successor Trustee, in its sole discretion, shall allocate to the Lisa Frances Wallace Trust more than would normally be her equal share; although this has the effect of reducing the amount to be distributed to Grantor's other children, the care of maintenance of Lisa Frances Wallace shall be given priority and the Successor Trustee shall be protected even if it determines that all remaining Trust property must be allocated to the Lisa Frances Wallace Trust to guarantee her care and maintenance for her lifetime.

011

(c)  Whenever distribution of income or principal
is to be made under the terms of this instrument to a
minor or other beneficiary under legal disability, the
Trustee, in his, her or its sole discretion, may make
such distribution to said beneficiary or to some third
person for such beneficiary's benefit without interven-
tion of a guardian.

(d)  Each beneficiary is hereby prohibited from
anticipating, encumbering, assigning or in any other
manner alienating his or her interest in either prin-
cipal or income and is without power so to do; nor
shall such interest be subject to his or her liabili-
ties or obligations, nor to attachment, execution or
other legal process, bankruptcy proceedings or claims
of creditors or others.

3.   In the event the Grantor's wife is not living at
the Grantor's death, then all the Trust property shall be
divided, distributed and administered as provided in Para-
graph 2(b) of this Article.

ARTICLE III.

With respect to the management of this Trust, the char-
acter of and manner of making investments and reinvestments
of Trust funds, the sale, conveyance or transfer of Trust
property and the powers and duties of the Trustee, the
provisions of the Oklahoma Trust Act now in force (60
O.S.A., §175-1, et seq.) and the provisions for Investments
by Trustees (60 O.S.A., §§161-163) shall govern except as
they may be modified or limited by other provisions of this
Trust Indenture.  Repeal or amendment of said Statutes shall
not change the powers or duties of the Trustee, or any
Successor hereunder.  By way of further explanation, and not
as a limitation upon such powers hereinabove granted, the
Trustee shall have the power to sell, rent, lease or other-

012

wise deal with the Trust property upon such terms and in such a manner as the Trustee, in his discretion, deems to be just, reasonable and proper under all the circumstances, and to execute all deeds and instruments of conveyance necessary to the exercise of such powers; in addition, the Trustee is hereby authorized to employ attorneys, auditors, depositaries, proxies, brokers and agents, with or without discretionary powers, and to enter into management and/or custodial agreements for the holding and investment of Trust assets, and to keep any property in the name of a Trustee or a nominee, with or without disclosure of any fiduciary relationship, or in bearer form.

## ARTICLE IV.

In addition to other provisions applicable to trustees generally, the following shall apply:

1.   The Trustee, or any Successor Trustee, may resign by an instrument in writing delivered to the Grantor, or to all the beneficiaries of the Trust after the Grantor's death.

2.   Any Successor Trustee shall have and may exercise all the rights, powers, duties and discretions conferred or imposed on the Trustee, unless otherwise provided for herein.

3.   In the event of the resignation or incapacity of the Trustee, then Lorice T. Wallace shall become Trustee. Upon the death of the Grantor the First National Bank & Trust Company of Tulsa, Tulsa, Oklahoma, and the Grantor's spouse shall become Successor Trustee.

## ARTICLE V.

This Trust shall be a Revocable Trust, and Grantor may at any time during his lifetime, by a written instrument, signed, acknowledged, and delivered to the Trustee or Successor Trustee, revoke or amend this Trust Indenture in whole or in part, or withdraw any specific property from the

013

Trust. The Grantor reserves the right to add other property to the principal of the Trust by Will or inter vivos transfer, and to withdraw assets from the Trust.

ARTICLE VI.

This Trust Indenture shall be binding upon the heirs, executors, administrators and assigns of the Grantor and of the beneficiaries herein named and upon the successors of the Trustee, and shall be construed according to the laws of Oklahoma.

IN WITNESS WHEREOF, the Grantor and the Trustee have executed this Trust Indenture on this 26ᵗʰ day of December, 1974.

_____
FRANK A. WALLACE            GRANTOR

_____
FRANK A. WALLACE            TRUSTEE

STATE OF OKLAHOMA    )
                     )  ss.
COUNTY OF TULSA      )

Before me, a Notary Public, in and for said County and State, on this 26ᵗʰ day of December, 1974, personally appeared FRANK A. WALLACE to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

_____
Notary Public

My commission expires:

November 17, 1976

014



LISA

## FIFTH AMENDMENT TO INDENTURE OF TRUST
## TO FRANK A. WALLACE REVOCABLE TRUST

This Fifth Amendment to the Indenture of Trust creating the Frank A. Wallace Revocable Trust is made this _46_ day of February, 1987, by and between Frank A. Wallace, hereinafter called "Grantor", and Frank A. Wallace, hereinafter called "Trustee".

**RECITALS:**

1. Under date of December 26, 1974, a certain Indenture (the "Indenture") of Trust of the Frank A. Wallace Revocable Trust (the "Trust") was made and entered into by and between Grantor and Trustee.

2. In the Indenture, Grantor reserved the right to amend and modify the Trust. Grantor has heretofore amended the Indenture by a certain First Amendment (the "First Amendment") dated April 7, 1982, a certain Second Amendment (the "Second Amendment") dated November 3, 1982, a certain Third Amendment (the "Third Amendment") dated January 3, 1984, and a certain Fourth Amendment (the "Fourth Amendment") dated July 3, 1986.

3. Grantor desires to further amend the Indenture and the Trust created thereby in the manner hereinafter stated.

NOW THEREFORE, in consideration of and pursuant to the right reserved to Grantor in the Indenture to amend and modify the Trust, Grantor hereby further amends and modifies the Trust as follows:

I

1.1 Grantor hereby revokes Section 2.1 of the First Amendment, as clarified by Article IV of the Second Amendment, and as further changed by Article II of the Third Amendment and Article I of the Fourth Amendment and in lieu of said revoked Section substitutes the following:

2.1

A. Successor Trustees During Grantor's Lifetime. If Grantor resigns or becomes incapacitated to serve as Trustee of the

-1-

033

Trust, the following, in the order named, shall serve as Successor Trustee:

(1) Grantor's wife;

(2) If Grantor's wife is unable to serve, K. SCOTT SALLEE and STEPHEN PAUL WALLACE shall serve as Co-Trustees.

(3) If K. SCOTT SALLEE is unable to serve as a co-trustee with STEPHEN PAUL WALLACE, then PATRICK JAGE shall serve as co-trustee with STEPHEN PAUL WALLACE and if PATRICK JAGE is unable to serve as a co-trustee, then THE FIRST NATIONAL BANK AND TRUST COMPANY OF TULSA shall serve as a co-trustee with STEPHEN PAUL WALLACE.

(4) If STEPHEN PAUL WALLACE is unable to serve as a co-trustee of the Trust, then PATRICK JAGE shall serve as a co-trustee with the other co-trustee, being either K. SCOTT SALLEE or THE FIRST NATIONAL BANK AND TRUST COMPANY OF TULSA.

(5) If none of the above individuals are able to serve, THE FIRST NATIONAL BANK AND TRUST COMPANY OF TULSA shall serve as sole trustee.

B. **Successor Trustees After Grantor's Death.** After Grantor's death, the following in the order named, shall serve as Successor Trustee:

(6) Grantor's wife and K. SCOTT SALLEE.

(7) If Grantor's wife is unable to serve, K. SCOTT SALLEE and STEPHEN PAUL WALLACE shall serve as Co-Trustees.

(8) If K. SCOTT SALLEE is unable to serve as a co-trustee with STEPHEN PAUL WALLACE, then PATRICK JAGE shall serve as a co-trustee with STEPHEN PAUL WALLACE and if PATRICK JAGE is unable to serve as a co-trustee, the THE FIRST NATIONAL BANK AND TRUST COMPANY OF TULSA shall

-2-

034

serve as a co-trustee with STEPHEN
PAUL WALLACE.

(9)   If STEPHEN PAUL WALLACE is unable to
serve as a co-trustee of the Trust,
then PATRICK JAGE shall serve as a
co-trustee with the other co-
trustee, being either K. SCOTT
SALLEE or THE FIRST NATIONAL BANK
AND TRUST COMPANY OF TULSA.

(10)  If none of the above individuals are
able to serve, THE FIRST NATIONAL
BANK AND TRUST COMPANY OF TULSA
shall serve as sole trustee.

The term "Trustee" herein shall mean the
trustee or co-trustees of the trust estate
acting in that capacity from time to time,
whether original or successor, one or more,
individual or corporate.  A successor trustee
shall not be obligated to audit the accounts
of a prior trustee and shall be responsible
only for trust assets delivered to the
successor trustee.  If Grantor's wife is
acting as a co-trustee of Trust A, she shall
not participate in any decision to distribute
principal of the trust to herself.

II

2.1  Except as modified in this instrument, the First
Amendment, the Second Amendment, the Third Amendment, and the
Fourth Amendment, Grantor hereby reaffirms the Trust.

IN WITNESS WHEREOF, Grantor and Trustee have executed this
instrument as of the day and year first above written.

_____
FRANK A. WALLACE
"Grantor"

_____
FRANK A. WALLACE
"Trustee"

-3-

035

STATE OF OKLAHOMA )
                  ) SS.
COUNTY OF TULSA   )

Before me, the undersigned authority, on this _4th_ day of February, 1987, personally appeared Frank A. Wallace, to me known to be the identical persons who executed the within and foregoing instrument, and acknowledged to me that she executed the same as her free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

Notary Public

My Commission Expires:

_3-25-88_

(SEAL)

-4-

036

ATTENDING PHYSICIAN
# CERTIFICATE OF DEATH
STATE OF OKLAHOMA · DEPARTMENT OF HEALTH

10 dec
1 VA

**1968 REVISION**

Use this form for deaths occurring on and after January 1, 1968.

Type or print with black, permanent ink. THIS IS A PERMANENT RECORD.

DO NOT WRITE BELOW

CODES

Race ___
Age ___
Place ___

Hospital ___
Oklahoma Residence ___
Out-of-state Residence ___
Cause of Death ___

Autopsy ___
Attendant ___
Infant ___
Occupation ___
Spec. Sym. ___
Place ___
Month ___
Hour ___
Nat. Inj. ___
NSC Code ___

| LOCAL REGISTRAR'S FILE NO. | | | | STATE FILE NO. | | |
|---|---|---|---|---|---|---|
| DECEASED - NAME *First* Frank | *Middle* Anthony | *Last* Wallace | | 2. DATE OF DEATH *(Month, Day, Year)* July 22, 1990 | | 3. SEX Male |
| 4. RACE - White, Negro, American Indian, Etc *(Specify)* White | 5a. AGE - Last Birthday *(Years)* 71 | 5b. UNDER 1 YEAR Mos. Days | 5c. UNDER 1 DAY Hours Min. | 6. DATE OF BIRTH *(Month, Day, Year)* May 31, 1919 | | 7a. COUNTY OF DEATH Tulsa |
| 7b. CITY, TOWN, OR LOCATION OF DEATH Tulsa | 7c. INSIDE CITY LIMITS Yes No | | 7d. HOSPITAL OR OTHER INSTITUTION - NAME *(If not in either, give Street and Number)* 4610 South Zunis | | | |
| 8. STATE OF BIRTH *(If not in U.S.A., Name Country)* Massachusetts | 9. CITIZEN OF WHAT COUNTRY USA | | 10. Married ☒ Never Married ☐ Widowed ☐ Divorced ☐ | 11. SURVIVING SPOUSE *(If Wife, Give Maiden Name)* Lorice Saffa | | |
| 12. SOCIAL SECURITY NUMBER 013 03 7997 | 13a. USUAL OCCUPATION *(Give kind of work done during most of working life, even if retired)* Owner | | | 13b. KIND OF BUSINESS OR INDUSTRY Restaurant | | |
| 14a. RESIDENCE - STATE Oklahoma | 14b. COUNTY Tulsa | 14c. CITY, TOWN, OR LOCATION Tulsa | 14d. INSIDE CITY LIMITS Yes No | 14e. STREET AND NUMBER 4610 South Zunis | | |
| 15. FATHER - NAME *First* Bernard | *Middle* | *Last* Wallace | 16. MOTHER - MAIDEN NAME *First* Pauline | *Middle* | *Last* n/a |
| 17a. INFORMANT - NAME Mrs. Lorice Wallace | | 17b. MAILING ADDRESS 4610 South Zunis, Tulsa, Oklahoma 74105 *(Street or R.F.D. No., City or Town, State, Zip)* | | | | |

| PART I. | DEATH WAS CAUSED BY: *(Enter only one cause per line for (a), (b), and (c) )* | | Approximate Interval Between Onset and Death |
|---|---|---|---|
| 18. CAUSE OF DEATH | IMMEDIATE CAUSE | | |
| Condition if any, which gave rise to immediate cause(s), stating the underlying cause last | (a) Carcinoma of Prostate, Metastatic | | 3 years |
| | DUE TO OR AS A CONSEQUENCE OF | | |
| | (b) | | |
| | DUE TO OR AS A CONSEQUENCE OF | | |
| | (c) | | |
| PART II. OTHER SIGNIFICANT CONDITIONS *(Conditions contributing to death but not related to cause given in part I (a)* Diabetes Millitis | | 19a. AUTOPSY Yes ☐ No ☒ | 19b. IF YES: Were findings considered in determining cause of death. |

Notice to attending physician: Do not sign this certificate unless you are the physician who attended the deceased for a natural illness—unrelated to injury or poisoning—to which the patient has apparently succumbed, provided that death did not occur while deceased was in penal incarceration or during a therapeutic procedure in which death was not reasonably medically expected. For enumeration of deaths subject to investigation and certification by Medical Examiner, refer to O.S. Title 63, Sec. 938, or contact office of Chief Medical Examiner in Oklahoma City.

| 20a. CERTIFICATION - Month Day Year TO Month Day Year I attended the deceased from 07-17-89   07-22-90 | 20b. And last saw him/her alive on Month Day Year 6-26-90 | 20c. I did/did not view body after death not | 20d. DEATH OCCURRED at at the place, on the date stated, and to the best of my knowledge, due to the cause(s) stated. 8:40 |
|---|---|---|---|
| 21. CERTIFIER - NAME *(Type or Print)* Gordon D. Lantz, M. D. | 21b. SIGNATURE OF CERTIFIER Gordon D. Lantz M.D. | | 21c. DATE SIGNED *(Month, Day, Year)* 07-26-90 |
| 21d. MAILING ADDRESS - CERTIFIER *Street or R.F.D. No.* 1705 East 19th St., Tulsa, *City or Town* Oklahoma 74104 *State* *Zip* | | 22a. THE DECEDENT was pronounced dead on Month Day Year 07-22-90 | 22b. AT 8:40 |
| 23a. BURIAL, CREMATION, REMOVAL *(Specify)* Entombment | 23b. DATE Month Day Year July 25, 1990 | 23c. CEMETERY OR CREMATORY - NAME Calvary Cemetery, Mausoleum | |
| 23d. LOCATION *(Cemetery or Crematory)* City or Town State Tulsa, Oklahoma | 24a. FUNERAL HOME - NAME AND ADDRESS *(Street or R.F.D. No., City or Town, State, Zip)* Fitzgerald, 1402 S.Boulder,Tulsa, OK 74119 | | 24b. FUNERAL DIRECTOR John F. Shonkwiler |
| 25a. LOCAL REGISTRAR SIGNATURE | 25b. DATE RECD. BY LOCAL REG. | | 26. DATE RECEIVED BY STATE REGISTRAR |

ARE YOU A LEGAL PROFESSIONAL?
Visit Our Professional Site
(http://lp.findlaw.com/)

Learn About the Law (http://public.findlaw.com)    Find a Lawyer (http://lawyers.findlaw.com)

Search FindLaw    **Search**

FindLaw (http://www.findlaw.com) › Learn About The Law (http://public.findlaw.com/) › Criminal Law (http://criminal.findlaw.com/) › Criminal Charges (http://criminal.findlaw.com/criminal-charges.html)
› Kidnapping

Instant Online Background Check
Just Enter Name & State

# Kidnapping

29    30.4K

Download article as a PDF (http://files.findlaw.com/pdf/criminal/criminal.findlaw.com_criminal-charges_kidnapping.pdf)

Under federal and state law, kidnapping is commonly defined as the taking of a person from one place to another against his or her will, or the confining of a person to a controlled space. Some kidnapping laws require that the taking or confining be for an unlawful purpose, such as extortion (http://criminal.findlaw.com/criminal-charges/extortion.html) or the facilitation of a crime. A parent without legal custody rights may be charged with kidnapping for taking his or her own child, in certain circumstances.

Federal criminal code (18 U.S.C. § 1201 (http://codes.lp.findlaw.com/uscode/18/I/55/1201/)) makes kidnapping a serious felony offense, with prison sentences of 20 or more years, depending on prior convictions and the circumstances of the case. Federal law prosecutes international parental kidnapping under a different code (18 U.S.C. § 1204 (http://codes.lp.findlaw.com/uscode/18/I/55/1204/)), allowing for three-year prison sentences upon conviction.

See State Kidnapping Laws (http://statelaws.findlaw.com/criminal-laws/kidnapping/) for a state-by-state directory and What Legal Remedies are Available if a Parent Abducts a Child? (http://family.findlaw.com/child-custody/what-remedies-are-available-if-a-parent-abducts-a-child.html) for additional information.

29    30.4K    40    210

### Next Steps

Contact a qualified criminal lawyer to make sure your rights are protected.

(http://lawyers.findlaw.com/lawyer/state.jsp) (e.g. , Chicago, IL or 60611)    **Find Lawyers**

### Help Me Find a Do-It-Yourself Solution

- Criminal Discovery Forms (http://secure.uslegalforms.com/cgi-bin/forms/continue-category.pl?nGb4mwmrKc6tye6tGbpArhCmr7KrNehB6tye6tQpAhCmpArB8tye8tnKwtGcehBoo0nooWeVcKioo6txWqReS)
- Motion for Continuance Forms (http://secure.uslegalforms.com/cgi-bin/forms/continue-category.pl?nGb4mwmrKc6tye6tGbpArhCmr7KrNehB6tye6tQpAhCmpArB8tye8tnKwtGcehBoo0nooWeVcKioo6txWqReS)
- Habeas Corpus Forms (http://secure.uslegalforms.com/cgi-bin/forms/continue-category.pl?nGb4mwmrKc6tye6tFKAdehKB8tGbpA4tG7B6tye8txehhCmhCmpArBoo0nooWeVcKioo6txWqReS)

Public Arrest Records
Enter Name & State Then View
Arrest Records Instantly!

## Find a Criminal Lawyer Near You

Legal Issue:
(http://lawyers.findlaw.com/lawyer/practice.jsp)

Crimes Against the Person

Location:
(http://lawyers.findlaw.com/lawyer/state.jsp)

**Find Lawyers**

**Popular Directory Searches**

- Drug Charge Attorney (http://lawyers.findlaw.com/lawyer/practice/Criminal-Law)
- Assault Defense (http://lawyers.findlaw.com/lawyer/practice/Criminal-Law)
- White Collar Defense (http://lawyers.findlaw.com/lawyer/practice/White-Collar-Crimes)

## Criminal Charges

Alcohol Crimes (http://criminal.findlaw.com/criminal-charges/alcohol-crimes.html)
Attempt, Conspiracy and Aiding (http://criminal.findlaw.com/criminal-charges/attempt-conspiracy-aiding.html)
Crimes Against Children (http://criminal.findlaw.com/criminal-charges/crimes-against-children.html)
Crimes Against Justice (http://criminal.findlaw.com/criminal-charges/crimes-against-justice.html)
Crimes Against the Person (http://criminal.findlaw.com/criminal-charges/crimes-against-the-person.html)
Curfew Laws (http://criminal.findlaw.com/criminal-charges/curfew-laws.html)
Cyber Crimes (http://criminal.findlaw.com/criminal-charges/cyber-crimes.html)
Drug Charges (http://criminal.findlaw.com/criminal-charges/drug-charges.html)
Fraud and Financial Crimes (http://criminal.findlaw.com/criminal-charges/fraud-financial-crimes.html)
Homicide (http://criminal.findlaw.com/criminal-charges/homicide.html)
Property Crimes (http://criminal.findlaw.com/criminal-charges/property-crimes.html)
Public Safety Violations (http://criminal.findlaw.com/criminal-charges/public-safety-violations.html)
Sex Crimes (http://criminal.findlaw.com/criminal-charges/sex-crimes.html)

## FindLaw Answers

**Recent Criminal Law Discussions**

Theft-family property sold at auction in another state
(http://boards.answers.findlaw.com/index.php/topic/235-theft-family-property-sold-at-auction-in-another-state/)
11/14/2015

FILED IN EVIDENCE
IN SUIT NO. 429,763

JUN 2 9 1995

DEPUTY CLERK

INTERDICTION

OF

LISA FRANCES WALLACE

NUMBER 429,763-A

FIRST JUDICIAL DISTRICT COURT

CADDO PARISH, LOUISIANA

## SWORN DETAILED DESCRIPTIVE LIST

BE IT KNOWN, that this day before me, the undersigned authority, Notary Public, duly commissioned and qualified in and for the above stated jurisdiction, personally came and appeared PATRICIA WALLACE HASTING, well known to be of legal age and competency who being first duly sworn did depose and say:

That she is the sister of Lisa Frances Wallace and as such she is fully familiar with the assets of Lisa Frances Wallace, and in lieu of a formal inventory furnishes this Sworn Detailed Descriptive List thereof, in accordance with the Code of Civil Procedure Articles 4101, 4462 and 4554 as follows to wit:

IMMOVABLE (REAL) PROPERTY:

| | | |
|---|---|---|
| None | $ | 0.00 |

MOVABLE (PERSONAL) PROPERTY:

| | | |
|---|---|---|
| Personal effects and clothing | $ | 500.00 |

| | | |
|---|---|---|
| TOTAL INVENTORY | $ | 500.00 |

*Patricia Wallace Hastings*

~~Lisa Francus Wallace~~
Patricia Wallace Hastings

SWORN TO AND SUBSCRIBED before me, Notary Public, this 29th day of June, 1995.

Notary Public

P-2

SCOPIES
LETTERS

# FILED

AUG 1 6 1999

W. L. McGEHEE
DEPUTY CLERK OF COURT

INTERDICTION

OF

LISA FRANCES WALLACE

NUMBER  429,763-A

FIRST JUDICIAL DISTRICT COURT

CADDO PARISH, LOUISIANA

## OATH OF CURATRIX

STATE OF LOUISIANA:

PARISH OF CADDO:

BEFORE ME, the undersigned authority, personally appeared PATRICIA WALLACE

HASTINGS, who solemnly swears that she will discharge faithfully the duties of her office as

Curatrix of LISA FRANCES WALLACE.

Patricia Wallace Hastings

SWORN TO AND SUBSCRIBED before me, Notary Public, this 15th day of August,

1998.

Notary Public

PEZOLD, CARUSO, BARKER & WOLTZ

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

ATTORNEYS AND COUNSELORS AT LAW

15 WEST SIXTH STREET, SUITE 2800

TULSA, OKLAHOMA 74110-5415

TELEPHONE
(918) 584-0308

FACSIMILE
(918) 584-0720

April 10, 2000

VIA FACSIMILE - 314/259-5959

Robert J. Jakubeck, Esq.
Sonnenschein Nath & Rosenthan
One Metropolitan Square, Suite 3000
St. Louis, MO 63102

    RE:  Seayco Loan Payment

Dear Bob:

    We received your voice mail and letter of earlier this week. I am sorry that I have not gotten back with you sooner but I have been out of town.

    In answer to the questions you raised, I have not had a chance to speak with Mrs. Wallace yet as to her desires. Therefore, I do not know of any other option you have other than to follow the terms of the original contract.

    As to The Trust Company of Oklahoma and Ron Saffa, Mrs. Wallace recently removed them as trustees of her trust. Enclosed for your review is a copy of the amendment doing so.

    I will pass your concerns onto Mrs. Wallace.

        Sincerely,

        PEZOLD, CARUSO, BARKER & WOLTZ

        BY: _Terry J. Barker_

        TERRY J. BARKER

TJB/skg
Enclosures
cc: Lorice Wallace, 4610 South Zunis, Tulsa, Oklahoma 74105
   Mike Bartel (Fax: 586-5299)
   Mary Roma Wallace Jago, 3323 Heritage Oaks Court, Oakbrook, IL 60521
   Steve Wallace, 6528 East 101st Street, D-1, #304, Tulsa, OK 74133
   Linda Parish (Fax: 591-8221)

## INSTRUMENT ALTERING TRUST

This is to direct the Trustee and the Successor Trustee, thereto, of The Lorice T. Wallace Revocable Trust ("Trust") dated the 26th day of February, 1974 and the various amendments thereto, including but not limited to that certain Restatement of Trust Agreement dated October 5, 1993, that the following changes are made to my trust.

Pursuant to Section 2.01 of said Restatement of Trust Agreement, I hereby make the following alterations to the original Trust document:

Section 3.04 <u>Successor Trustee</u> should be amended in that my son, Stephen P. Wallace, my daughter, Mary Roma Wallace Jage, and Bank One should be inserted as Successor Co-Trustees and that Ronald J. Saffa and The Trust Company of Oklahoma are hereby removed as Successor Trustees of this Trust. That should Stephen P. Wallace be unable or unwilling to serve for any reason, that Bank One and Mary Roma Wallace Jage shall act as co-trustees. That should MaryRoma Wallace Jage be unable or unwilling to serve for any reason, that Bank One and Stephen P. Wallace shall act as co-trustees. Should both Stephen P. Wallace and Mary Roma Wallace Jage be unable or unwilling to serve for any reason, Bank One shall act as the sole Successor Trustee.

Section 5.01 should be amended such that Stephen P. Wallace and Mary Roma Wallace Jage should determine the visitation rights to Lisa Frances Wallace, should this become an issue of contention between my children.

In all other regards the Trust and amendments thereto stand as written.

40a

In witness whereof this Instrument Altering trust is executed this 13th day of March, 2000.


_Lorice T. Wallace_
Lorice T. Wallace - Grantor


_Robert K. Pezold_                          _Kent D. Stone_
Robert K. Pezold - Witness                  Kent D. Stone - Witness


STATE OF OKLAHOMA      )

                       ) ss

COUNTY OF TULSA        )


Before me, Linda S. Fairce , a Notary Public in and for said County and State, on this 13th day of March, 2000, personally appeared Lorice T. Wallace, Grantor in the foregoing Instrument Altering Trust, Robert K. Pezold, and Kent D. Stone to me known to be the identical persons who executed the within and foregoing instrument and acknowledged to me that they executed the same as their free and voluntary acts for the purposes therein set forth.


IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year last above written.


                                    _Linda S. Fairce_
                                    Notary Public

My commission expires: 3/27/2002

                                    2

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

SEP 1 6 2005

By_____ Deputy

                                              41a

Feedback    Like ⟨2.4m    Follow @MailOnline    DailyMail    Tuesday, Jan 27th 2015 12PM 28°F    3PM 27°F    5-Day Forecast



Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

News Home  Arts  Headlines  Pictures  Most read  News Board  Wires

Login









New England pummeled by Juno | Trapped on a snowbound plane | Manhattan opens for business again | Weathermen apologize for | EXCLUSIVE: Russian 'spy' in | Snapchat partners with top US media

# Ku Klux Klan past of Tulsa's founding father is revealed - as shamed town is forced to consider taking his name off landmarks

- Site ○ Web  Enter your search

- Chequered past of Tulsa's founding father raises questions over his presence around the town's landmarks and public spaces
- Wyatt Tate Brady is accused of instigating infamous 1921 race riot
- Riot left 300 black residents of Tulsa dead in just 18 hours
- Some locals are questioning his honour of having his name all over town

By OLIVIA WILLIAMS

PUBLISHED: 05 02 EST, 25 July 2013 | UPDATED: 10 03 EST, 25 July 2013

**2**
View comments

The city of Tulsa is debating how to deal with the racist past of its founding father Wyatt Tate Brady as he stands accused of inciting a notorious race riot.

A new magazine, This Land, has highlighted Brady's role in creating a racist atmosphere in the town before the riot in 1921.

When Brady arrived in 1890 from Missouri, Tulsa was just a few dirt streets and tents occupied by white men seeking their fortune in uncharted Indian lands.

The ambitious shoe salesman saw an opportunity and seized it, opening a general store, followed by a hotel.

By the time Oklahoma became a state in 1907, Brady was a celebrated city father.

He signed Tulsa's incorporation papers, started a newspaper and chartered a train filled with boosters, including humorist Will Rogers, to promote the new boomtown to people in the East.

However, a lesser-known side of Brady has become the focus of debate in his adopted hometown nearly 90 years after his death.

The son of a Confederate veteran, Brady was a member of the local Ku Klux Klan. And new questions have emerged about his involvement in the most notorious event in Tulsa history, a 1921 race riot that left 300 black residents dead.

The issue is especially sensitive because Brady's name is all over town - on a street, a mansion, a theatre and a historic neighborhood. It is also the name of the city's most ambitious development effort in a generation - a glitzy downtown entertainment district.

Brady's membership in the Klan was never a secret. It had been noted in Tulsa's historical records but was largely forgotten until the new Tulsa-based literary magazine, This Land, published a long article in late 2011 by author Lee Roy Chapman, who detailed Klan activities and Brady's involvement with the group.


Tarnished reputation: Founding father of Tulsa, Wyatt Tate Brady was a member of the Ku Klux Klan


H&R BLOCK
FILE FOR
File Online Today

Like Daily Mail    Follow @DailyMailUS
Follow Daily Mail    +1 Daily Mail

**FEMAIL TODAY**


Kendall Jenner takes center stage in a midriff-baring sheer blouse as she struts the Chanel catwalk at Paris Haute Couture Fashion Week Model of the moment


My weekend as a Kopycat Kim: Skintight latex, no underwear and a lot of attention... but can anyone pull off reality TV star's high-maintenance look?

SHARE THIS        RELATED ARTICLES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

LISA F. WALLACE,                             )
an incapacitated person,                     )
by and through her next friend,              )
STEPHEN P. WALLACE,                          )
                                             )
              Plaintiff,      )
                                             )     CASE No. 00CV-1086E(M)
v.                                           )
                                             )
THE DEPARTMENT OF HUMAN                      )
SERVICES OF THE STATE OF                     )
OKLAHOMA,                                    )
ex rel., JOHN/JANE DOE, in their             )
official capacity as District Supervisor     )
for Tulsa County, Oklahoma; and              )
                                             )
PATRICIA WALLACE HASTINGS,                   )
Individually and as Curatrix of             )
Lisa F. Wallace, and                         )
RONALD J. SAFFA, individually,               )
                                             )
              Defendant.      )

**FILED**
JAN -4 2001
Fnil Lor..., Clerk
U.S. DISTRICT COURT

## GUARDIAN *AD LITEM'S* MEMORANDUM BRIEF IN SUPPORT OF JURISDICTION

    There are two statutes which provide a federal cause of action for the plaintiff,

Lisa F. Wallace, 42 U.S.C. §1983 and 42 U.S.C. §1985(3).

### 42 U.S.C. §1983

        Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

42 U.S.C. §1983.

Exhibit



EXHIBIT
1

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CIVIL DOCKET FOR CASE #: 4:00-cv-01086-GKF-FHM

Wallace v. DHS, et al
Assigned to: Chief Judge Gregory K Frizzell
Referred to: Magistrate Judge Frank H McCarthy
Demand: $0
Case in other court: 03-05175#44cvprose/feepd
                10th Circuit, :00-00003-05175
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 12/28/2000
Date Terminated: 07/07/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

### Plaintiff

**Lisa F Wallace**
*an incapacitated person, by and through her*
*next friend, Stephen P. Wallace*
-
Stephen Paul Wallace

represented by **Michael Hayes Freeman**
Freeman Law Firm PLLC (Tulsa)
1701 S CARSON AVE
TULSA, OK 74119-4609
918-523-5100
Fax: 918-523-5103
Email: mfreeman@freemanlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia Whittaker Bullock**
Bullock Law Firm PLLC
110 W 7TH ST STE 707
TULSA, OK 74119
918-584-2001
Fax: 918-779-4383
Email: pbullock@bullocklawtulsa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Louis Mitchell**
address unknown
405-767-0404
Fax: 767-0909
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Oklahoma Department of Human**
**Services**
*ex rel. John/Jane Doe, in their official*
*capacity as District Supervisor for Tulsa*
*County, Oklahoma*

represented by **John Gerald Fears**
Department of Human Services Legal
Services (OKC)
General Counsel
PO BOX 25352
OKLAHOMA CITY, OK 73125-0352

John Doe

405-521-3638
Fax: 405-521-6816
Email: john.fears@okdhs.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis Calvin Smith**
OK Department of Human Services
P O Box 25352
Oklahoma City, OK 73125
405-521-3638
Fax: 405-522-6065
Email: travis.smith@okdhs.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Patricia Wallace Hastings**
*individually and as Curatrix of Lisa F.*
*Wallace*

represented by **Danny Chappell Williams**
United States Attorney's Office (Tulsa)
110 W 7TH ST STE 300
TULSA, OK 74119-1013
918-382-2700
Fax: 918-560-7954
Email: danny.c.williams@usdoj.gov
*TERMINATED: 03/29/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edward Poe**
Covington & Poe
111 W 5TH ST STE 740
TULSA, OK 74103
918-585-5537
Fax: 918-585-5530
Email: covandpoe@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence Patrick Brennan**
Levinson, Smith & Huffman, P.C.
1743 E 71ST ST
TULSA, OK 74136-5108
918-492-4433
Fax: 918-492-6224
Email: terry.brennan@lsh-law-firm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ronald J Saffa**
*individually*

represented by **Ronald Joseph Saffa**
Morrel Hicks Barnhart, P.C.
3501 S YALE AVE
TULSA, OK 74135-8014
918-664-0800

Fax: 918-663-1383
Email: Ron@law-office.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

v.

**Intervenor Defendant**
**Mary Roma Wallace Jage**                    represented by   **Mary Roma Wallace Jage**
*Limited guardian of the person of Lorice*                    1153 OVERTON CT
*Wallace*                                                      NAPERVILLE, IL 60540
                                                              603-205-3192
Lorice Wallace                                                PRO SE

                                                              **Jeffrey Ray Schoborg**
                                                              deceased 00000
                                                              918-586-8950
                                                              Fax: 918-586-8547
                                                              Email: jschoborg@cwlaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **William C Kellough**
                                                              Boone Smith Davis Hurst & Dickman
                                                              100 W 5TH ST STE 500
                                                              TULSA, OK 74103
                                                              918-587-0000
                                                              Fax: 918-599-9317
                                                              Email: wkellough@boonesmith.com
                                                              *(Inactive)*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Guardian Ad Litem**
Patricia W Bullock                            represented by   **Patricia Whittaker Bullock**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2000 | 1 | COMPLAINT (Consent form sent) (fee status: pd) (fe, Dpty Clk) (Entered: 12/28/2000) |
| 12/28/2000 | 2 | AFFIDAVIT of Stephen P. Wallace re [1-1] (fe, Dpty Clk) (Entered: 12/28/2000) |
| 12/28/2000 | | FILING FEE PAID IN FULL by plaintiff Lisa F Wallace on 12/28/00 in the amount of $ 150.00 receipt # 95267 (fee status: pd) (fe, Dpty Clk) (Entered: 12/28/2000) |
| 12/28/2000 | | SUMMONS issued as to defendant DHS, defendant Patricia Wallace Hastings, defendant Ronald J Saffa (pll, Dpty Clk) (Entered: 12/29/2000) |
| 12/29/2000 | 3 | MINUTE ORDER: by Senior Judge H. D. Cook Case reassigned to Senior Judge James O. Ellison as relates to Hissom matters. Hereafter, the new case number will be 00-cv-1086- |

STATE OF OKLAHOMA
# CERTIFICATE OF DEATH

014498

LOCAL FILE NUMBER

STATE FILE NUMBER

| 1 DECEDENT'S NAME (First, Middle, Last) | 2. SEX | 3a. DATE OF DEATH (Month, Day, Year) | 3b. TIME OF DEATH |
|---|---|---|---|
| Lorice Teresa Wallace | Fe | May 31, 2003 | 5:20 a. m. |

| 4a. PLACE OF DEATH (Check only one)   HOSPITAL ☐ ☐ ☐ ☐ ☑ ☐  OTHER ☐ ☐ ☐ | 4b. FACILITY NAME (If not institution, give street and number) |
|---|---|
| | 4610 S. Zunis |

| 4c. CITY, TOWN, OR LOCATION OF DEATH | 4d. INSIDE CITY LIMITS ☑ Yes ☐ No | 4e. COUNTY OF DEATH |
|---|---|---|
| Tulsa | | Tulsa |

| 5. ☐ MARRIED ☐ NEVER MARRIED ☑ WIDOWED ☐ DIVORCED | 6 SURVIVING SPOUSE (If wife, give maiden name) |
|---|---|

| 7. SOCIAL SECURITY NO. | 8a. Age Last Birthday (Years) | 8b. Under 1 Year | | 8c. Under 1 Day | | 9. DATE OF BIRTH (Month, Day, Year) |
|---|---|---|---|---|---|---|
| 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 | 83 | Months | Days | Hours | Minutes | March 8, 1920 |

| 10 BIRTHPLACE (City and State or Foreign Country) | 11a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life) |
|---|---|
| Drumright, Oklahoma | Homemaker |

| 11b. KIND OF BUSINESS/INDUSTRY | 12a. RESIDENCE-STATE | 12b. COUNTY | 12c. CITY, TOWN, OR LOCATION |
|---|---|---|---|
| Own Home | Oklahoma | Tulsa | Tulsa |

| 12d. STREET AND NUMBER | 12e. INSIDE CITY LIMITS ☑ Yes ☐ No | 12f. ZIP CODE | 13 WAS DECEDENT OF HISPANIC ORIGIN? ☐ Yes ☑ No |
|---|---|---|---|
| 4610 S. Zunis | | 74135 | (If Yes, specify Cuban, Mexican, Puerto Rican, etc.) |

| 14 RACE–American Indian, Black, White, etc. Specify  White | 15 DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary / Secondary (0–12)   College (1–4 or 5+)   12 + 2 |
|---|---|

| 16. FATHER'S NAME (First, Middle, Last) | 17. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Paul Saffa | Ollie Azam |

| 18a. INFORMANT'S NAME (Type/Print) | 18b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Patricia W. Hastings | 2934 E.73rd Pl.  Tulsa, OK. 74136 |

| 19a. METHOD OF DISPOSITION ☑ Burial ☐ Cremation ☐ Donation ☐ Removal from state ☐ Other (Specify) | 19b. PLACE OF DISPOSITION (Name of cemetery, crematory or other place) |
|---|---|
| | Calvary Cemetery Mausoleum |

| 19c. DATE OF DISPOSITION | 19d. LOCATION –City or Town, State | 20a. FUNERAL HOME AND ADDRESS (Street or R.F.D. No., City or Town, State, Zip) |
|---|---|---|
| 6-2-03 | Tulsa, Oklahoma | Southwood Colonial Chapel |

| 20b. FUNERAL DIRECTOR | 20c. SIGNATURE | 3612 E. 91st St. S. Tulsa, OK. 74137 |
|---|---|---|
| John D. Monzingo | John D. Monzingo | |

| 21a. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. | Approximate interval between onset and death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death)  a. Acute Respiratory Arrest | |
| Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST  b. Metastatic Breast Cancer | |
| Due to (or as a consequence of): | |
| c. | |
| Due to (or as a consequence of): | |
| d. | |

PART II. OTHER SIGNIFICANT MEDICAL CONDITIONS (not directly contributing to death)
HTN, DM12, Chronic Renal Insufficiency, Pulmonary HTN

| 21b. WAS AN AUTOPSY PERFORMED? ☐ Yes ☑ No | 21c. AUTOPSY AUTHORIZED BY | 21d. WAS BODY VIEWED? ☐ Yes ☐ No |
|---|---|---|

| 22. MANNER OF DEATH ☑ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined |
|---|

| 23a. DATE OF INJURY (Month, day, Year) | 23b. TIME OF INJURY | 23c. INJURY AT WORK ☐ Yes ☐ No | 23d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|

| 23e. PLACE OF INJURY –At home, farm, street, factory, office, building, etc. (specify) | 23f. LOCATION (Street and Number or Rural Route Number, City or Town, State) |
|---|---|

24a. CERTIFIER (Check only one)

☐ ATTENDING PHYSICIAN
To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

*Notice to attending physician. Do not sign this certificate unless you are the physician who attended the deceased for a natural illness–unrelated to injury or poisoning–to which the patient has apparently succumbed, provided that death did not occur while deceased was in penal incarceration or during a therapeutic procedure in which death was not reasonably medically expected. For enumeration of deaths subject to investigation and certification by a Medical Examiner, refer to O.S. Title 63, Sec. 938, or contact office of Chief Medical Examiner in Oklahoma City.*

☐ MEDICAL EXAMINER
On the basis of examination and/or investigation, in my opinion death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

| 24b. SIGNATURE AND TITLE OF CERTIFIER | 24c. DATE SIGNED (Month, Day, Year) |
|---|---|
| | 6/9/03 |

25 NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 24) (Type/Print)
John Hubner, M.D.   1717 A S. Utica   Tulsa, Oklahoma 74104

| 26. REGISTRAR'S SIGNATURE (stamp) | 27. DATE RECEIVED BY LOCAL REGISTRAR  JUN 12 2003 | 28. DATE RECEIVED BY STATE REGISTRAR  JUN 16 2003 |
|---|---|---|

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Tuesday, February 16, 2016 10:56:08 AM

# DANA F. COLE & COMPANY, LLP

CERTIFIED PUBLIC ACCOUNTANTS
1248 O STREET, SUITE 500
LINCOLN, NEBRASKA 68508

December 8, 2003

Mr. Stephen P. Wallace
6528 East 101st, D-1, #304
Tulsa, OK 74133

Dear Stephen:

This letter will serve to confirm our understanding and agreement whereby you have retained our firm of certified public accountants to perform a forensic audit for certain trusts and a partnership established by Lorice T. Wallace or her deceased husband, Frank A. Wallace. This will outline the services you have asked our firm to perform and the terms under which we propose to do that work. We ask that you read this letter carefully because it is important to both you and our firm that we all understand what can reasonably be expected from our work. We want you to know the limitations of the services you have asked us to perform. If we have misunderstood your needs and requirements, just let us know.

This letter constitutes an agreement between Stephen P. Wallace and Dana F. Cole & Company, LLP, to perform a forensic audit for the entities listed below for the period December 31, 1989, or the inception of the entity, to December 31, 2003, and subsequent periods, if applicable. Our work may be very limited or unnecessary with regard to some of the entities listed. However, this determination will have to be made as the work progresses.

1. Frank A. Wallace Family Trust established at the death of Frank A. Wallace
2. Lorice T. Wallace Trust of 1974, as amended and Restated October 5, 1993, and amended on February 12, 1998
3. Lorice T. Wallace Irrevocable Trust of 1996 which serves as the general partner of the Lorice T. Wallace Family Limited Partnership
4. Lorice T. Wallace Irrevocable Trust of 1992, also known as the "Insurance Trust"
5. Lorice T. Wallace Family Limited Partnership
6. Stephen Paul Wallace Irrevocable Trust - 1974
7. Mary Roma Wallace Irrevocable Trust - 1974
8. Patricia Wallace Patton Irrevocable Trust - 1974
9. Lisa Frances Wallace Irrevocable Trust - 1974

Nebraska

Kansas

Missouri

Wyoming

www.danacole.com

Principal Office
1248 O Street, Suite 500
Lincoln, NE 68508
402/479-9300
Fax 402/479-9315

Mr. Stephen P. Wallace
December 8, 2003
Page five

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please let us know. If you agree with the terms of our engagement as described in this letter, please sign the enclosed copy and return it to us along with your check for $25,000. This letter will continue in effect until canceled by either party. The enclosed copy is for your records.

Yours truly,

*[signature]*

DANA F. COLE & COMPANY, LLP


This letter correctly sets forth the understanding of Stephen P. Wallace.

By: *[signature]*

Stephen P. Wallace, vested beneficiary of the
Frank A. Wallace Trust established at the death
of Frank A. Wallace and the Lorice T. Wallace
Trust of 1974, as amended and Restated October 5,
1993, and amended on February 12, 1998. Limited
partner of the Lorice T. Wallace Family Limited
Partnership


*[signature]*

"OFFICIAL SEAL"
Judy Kaye Chamberlin
Notary Public, State of Illinois
My Commission Expires Oct. 22, 2007

**General Docket**
**United States Court of Appeals for the Fifth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 07-11283 | **Docketed:** 12/18/2007 |
| **Nature of Suit:** 3440 Other Civil Rights | **Termed:** 11/26/2008 |
| Wallace v. Thibodeau, et al | |
| **Appeal From:** Northern District of Texas, Fort Worth | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
   1) Civil Rights
   2) Private
   3)

**Originating Court Information:**
   **District:** 0539-4 : 4:07-CV-528
   **Originating Judge:** John H. McBryde, U.S. District Judge
   **Date Filed:** 09/06/2007

| **Date NOA Filed:** | |
|---|---|
| 12/06/2007 | **Date Rec'd COA:** |
| | 12/07/2007 |

**Prior Cases:**
   None

**Current Cases:**
   None

**Panel Assignment:**    Not available

---

| | |
|---|---|
| EDITH L. JACKSON, individually, and next friend of a developmentally disabled person, on behalf of Lisa F. Wallace<br>    Plaintiff - Appellant | Joan Godlove<br>Direct: 918-744-0201<br>Email: godlovelaw@sbcglobal.net<br>Fax: 918-747-8820<br>[COR LD NTC Retained]<br>Suite 500<br>2121 S. Columbia<br>Tulsa, OK 74114-3519 |
| v. | |
| JOHN R. THIBODEAU, individually and in his official capacity as the Fiduciary Specialist responsible for administration of the Franklin (sic) A Wallace Revocable Trust dated December 26, 1974<br>    Defendant - Appellee | Albon O'Neal Head, Jr.<br>Direct: 817-334-7230<br>Email: ahead@jw.com<br>Fax: 817-870-5130<br>[COR LD NTC Retained]<br>Jackson Walker, L.L.P.<br>Suite 2100<br>777 Main Street<br>Fort Worth, TX 76102<br><br>William Russell Jenkins, Jr.<br>Direct: 817-334-7214<br>Email: wjenkins@jw.com<br>Fax: 817-334-7290<br>[COR LD NTC Retained]<br>Jackson Walker, L.L.P.<br>Suite 2100<br>777 Main Street<br>Fort Worth, TX 76102 |
| JEFF KING, individually and in his official capacity<br>    Defendant - Appellee | Albon O'Neal Head, Jr.<br>Direct: 817-334-7230<br>[COR LD NTC Retained]<br>(see above)<br><br>William Russell Jenkins, Jr.<br>Direct: 817-334-7214 |

[COR LD NTC Retained]
(see above)

BANK ONE TRUST COMPANY N A, Trustee
    Defendant - Appellee

Albon O'Neal Head, Jr.
Direct: 817-334-7230
[COR LD NTC Retained]
(see above)

William Russell Jenkins, Jr.
Direct: 817-334-7214
[COR LD NTC Retained]
(see above)

JP MORGAN CHASE BANK, N.A.
    Defendant - Appellee

Albon O'Neal Head, Jr.
Direct: 817-334-7230
[COR LD NTC Retained]
(see above)

William Russell Jenkins, Jr.
Direct: 817-334-7214
[COR LD NTC Retained]
(see above)

FRANK A WALLACE TRUST OF 1974, whose residence, situs and
administration is located in Fort Worth TX
    Defendant - Appellee

Albon O'Neal Head, Jr.
Direct: 817-334-7230
[COR LD NTC Retained]
(see above)

William Russell Jenkins, Jr.
Direct: 817-334-7214
[COR LD NTC Retained]
(see above)

JOHN DOES 1-10, not yet known
    Defendant - Appellee



SPEAKER'S OFFICE
RECEIVED

MAR 2 0 2008

**AL LINDLEY**
State Representative
District 93

CAPITOL:
2300 N. Lincoln Blvd.
State Capitol Building
Room 128A
Oklahoma City, OK 73105-4883
(405) 557-7371

HOME:
2529 S.W. 55th Street
Oklahoma City, OK 73119
(405) 681-8352

**House of Representatives**

STATE OF OKLAHOMA

DISTRICT 93

COMMITTEES:

General Government and Transportation
Human Services

Human Services & Social Service
Subcommittee

March 20, 2008

The Honorable Chris Benge
Speaker of the House
2300 N. Lincoln Blvd Room 401
Oklahoma City, OK 73105

*ward of the state*

Dear Speaker Benge:

Recently Mr. Stephen P. Wallace hand delivered two supreme Court documents to your office dated March 10, 2008 and March 14, 2008. It is my understanding that your office was faxed a court filing on February 22, 2008 which contain a letter from my office to Speaker Hiett dated July 24, 2006. I am enclosing a copy of that letter for your examination.

Two years have passed and nothing has happened to address the financial disaster and emotional distress inflicted upon the Wallace Family. I find it very puzzling that Lisa F. Wallace, Stephen's sister, has a trust fund reportedly worth $8 million but is a ward of the state of Oklahoma. Lisa is currently deprived of the love and company of her family and is not allowed to decide her associates.

Please notice that the document dated March 14, 2008 the entire Court of Civil Appeals in Tulsa have disqualified themselves from further consideration in the matter of the Wallace Family Estate. As an elected official I the state of Oklahoma I have received notice of alleged breaches of trust (60 OS, Section 175.57). Therefore, I am requesting that your office start the process under the authority of the Oklahoma Constitution, Article 8 Section 1, where a Special House Committee be named to investigate these allegations. It is imperative that the Wallace family have a resolution to this very sad situation.

I look forward to your timely reply.

Sincerely,

Al Lindley
State Representative
District 93

AL/lj

cc: Representative Pam Peterson

**Mike Ritze, D.O., M.F.S.A.**
State Representative, District 80

HOME:
18574 E. 101ˢᵗ St. S.
Broken Arrow, OK 74011

CAPITOL:
405/557-7338
2300 North Lincoln Blvd. Rm. 327
Oklahoma City, OK 73105-4885
mike.ritze@okhouse.gov



**House of Representatives**
STATE OF OKLAHOMA

**Committees:**
Public Health
Public Safety
Appropriations and Budget Subcommittee
on Public Health and Social Services

**URGENT**                                     February 18, 2009                          **via Fax & US Mail**

The Honorable Theresa Dreiling
Tulsa County Court House
500 S. Denver
Tulsa, OK 74103
Fax: (918) 596-5402

Re: Lisa F. Wallace
Case#: PG-2002-225/Related Case#: PO-2008-3937

Dear Judge Dreiling:

As a physician, surgeon and family friend of Frank and Lorice Wallace, deceased parents of Lisa, I have recently been made aware of Lisa's physical deterioration during a visit with her brother, Stephen and friend, Edith Jackson on February 9, 2009, at Luby's cafeteria in Tulsa.

I am a newly elected Member of the Oklahoma House of Representatives, although a former Member, Al Lindley, attempted to procure information on March 20, 2008 (Copy Enclosed), but to no avail.

I am noticing all parties including the DHS senior staff here in OKC that I am requesting a formal Evidentiary Hearing be set in your court for all parties, including Lisa, be present to give testimony under oath as to Lisa's rapid deterioration under DHS and her Guardian's supervision, rising to "Failure to thrive".

I am requesting that all interested parties and/or their counsel prepare for this Hearing. I trust that they will file the required Pleading with your court as an Emergency exists as to Lisa's physical and psychological well being. I look forward to meeting you and attaining productive results for Lisa. Thank you for your help in this matter.

Sincerely,

Mike Ritze, D.O., M.F.S.A.
State House Representative District 80

Enclosure

cc: Attorney for Lisa Wallace
    Catherine Welsh, ESQ
    1661 E. 15ᵗʰ
    Tulsa, OK 74104
    Fax: (918) 744-6300

    Attorney for Mary Roma Jage
    Joan Godlove, ESQ
    2121 S. Columbia, Suite 500
    Tulsa, OK 74114
    Fax: (918) 747-8820

    Attorney for Patricia Hastings
    James Poe, ESQ
    111 W. 5ᵗʰ Street, Suite 740
    Tulsa, OK 74103

Reproduced at the National Archives




Supreme Court, U.S.
FILED

NOV 23 2009

OFFICE OF THE CLERK

No. O 9 A 5 I 0

## SUPREME COURT OF THE UNITED STATES

STEPHEN P. WALLACE, a beneficiary and successor co-trustee of the
Lorice T. Revocable Trust dated December 26, 1974, as restated effective
October 5, 1993 and as amended February 12, 1998 and March 13, 2000,
and a beneficiary and successor co-trustee of the Frank A. Wallace
Revocable Trust dated December 24, 1974, and as amended,

Petitioner-Applicant,

v.

THE HONORABLE DAMAN H. CANTRELL,
Judge of the District Court of Tulsa County,

Respondent Trial Judge,

RONALD J. SAFFA, TRUST COMPANY OF OKLAHOMA,
and J. P. MORGAN CHASE BANK, N.A., successor in
interest to BANK ONE TRUST COMPANY, N. A.,

Real Parties in Interest.

On Application to Stay Enforcement of Order of Supreme
Court of Oklahoma Denying Writ of Mandamus

## APPLICATION TO INDIVIDUAL JUSTICE TO
## STAY ENFORCEMENT OF FINAL ORDER

Joan Godlove
Counsel of Record
2121 S. Columbia Avenue, Suite 500
Tulsa, Oklahoma 74114-3519
(918) 744-0201

RECEIVED

NOV 25 2009

OFFICE OF THE CLERK
SUPREME COURT, U.S.

# MORRELSAFFACRAIGE

### A PROFESSIONAL CORPORATION

### ATTORNEYS AND COUNSELORS AT LAW

3501 SOUTH YALE AVENUE
TULSA, OKLAHOMA 74135-8014

Telephone: 918.664.0800
Facsimile: 918.663.1383
http://law-office.com
www.RonSaffa.com
Ron@law-office.com

Reece B. Morrel
Ronald J. Saffa
Mark A. Craige
James R. Hicks
Reece B. Morrel, Jr.
John G. Barnhart

Mac D. Finlayson
Tracy M. Beeson
Paul D. Brunton

Paul R. Hodgson
(1924-2011)

March 20, 2012

Refer to File No.
3994-77

Mr. Stephen P. Wallace
6528 E. 101st, D-1 #304
Tulsa, OK 74133

    Re:   Wallace Family Partnership

Dear Steve:

    Pursuant to the partnership agreement, enclosed are the 2011 Schedule K-1 on the Lorice T. Wallace Family, Limited Partnership, and the 2011 financial statements. You should give the Schedule K-1 to the person who prepares your tax returns.

            Very truly yours,

            MORREL SAFFA CRAIGE, P.C.

            Ronald J. Saffa

RJS:bjb
Enclosures
xc: Mr. Thomas Wilkins

(918) 664-0800

March 16, 2012


Stephen P Wallace
6412 E. 96th Street
Tulsa, OK 74137

Re: Lorice T. Wallace Family, Limited
    Partnership


Dear Partner:

Attached is your copy of the 2011 Partnership Form 1065
Schedule K-1.  This schedule summarizes your information from
the partnership.  This information has been provided to the
Internal Revenue Service with the U.S. Partnership Return of
Income, Form 1065.

The information provided on this schedule should be entered
on your tax return, in accordance with the instructions in
Schedule K-1, page 2.  If your return will be prepared by
your accountant or attorney, you should provide a copy of
this schedule to the preparer with your other tax
information.

We thank you for the opportunity to serve you.

Very truly yours,



Ronald J. Saffa

3

651111

| Schedule K-1 (Form 1065) | **2011** | | |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**

For calendar year 2011, or tax
year beginning _____
ending _____
▶ See separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| 1 Ordinary business income (loss) -3. | 15 Credits | |
| 2 Net rental real estate income (loss) -980. | 16 Foreign transactions | |
| 3 Other net rental income (loss) | B 8,159. | |
| | E 504. | |
| 4 Guaranteed payments | L 55. | |
| 5 Interest income 1,002. | | |
| 6a Ordinary dividends 3,369. | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends 2,610. | D 584. | |
| 7 Royalties 584. | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) -281. | A* STMT | |
| 9a Net long-term capital gain (loss) 815. | 19 Distributions | |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured sec 1250 gain | 20 Other information | |
| 10 Net section 1231 gain (loss) | A 4,955. | |
| | B 3,136. | |
| 11 Other income (loss) | T* 1. | |
| | Y* 1,002. | |
| 12 Section 179 deduction | | |
| 13 Other deductions K* 3,136. | | |
| 14 Self-employment earnings (loss) A 0. | | |

## Part I   Information About the Partnership

A Partnership's employer identification number
73-1490958

B Partnership's name, address, city, state, and ZIP code
LORICE T. WALLACE FAMILY, LIMITED
PARTNERSHIP
P.O. BOX 3627
TULSA, OK 74101-3627

C IRS Center where partnership filed return
OGDEN, UT

D ☐ Check if this is a publicly traded partnership (PTP)

## Part II   Information About the Partner

E Partner's identifying number
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

F Partner's name, address, city, state, and ZIP code

STEPHEN P WALLACE
6412 E. 96TH STREET
TULSA, OK 74137

G ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H ☒ Domestic partner   ☐ Foreign partner

I What type of entity is this partner?  INDIVIDUAL

J Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 5.7700000% | 5.7700000% |
| Loss | 5.7700000% | 5.7700000% |
| Capital | 5.7700000% | 5.7700000% |

K Partner's share of liabilities at year end:
Nonrecourse ................... $ _____
Qualified nonrecourse financing ...... $ _____
Recourse ................... $            0.

L Partner's capital account analysis:
Beginning capital account ........ $      345,239.
Capital contributed during the year ...... $ _____
Current year increase (decrease) ...... $        1,957.
Withdrawals & distributions ...... $( _____ )
Ending capital account ........ $      347,196.

For IRS Use Only

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes", attach statement (see instructions)

*See attached statement for additional information.

11261
11-04-11  LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2011
3

Advertise   Home Delivery Subscriptions                                                                    SEARCH

# THE LAWTON CONSTITUTION
Your source for information in Southwest Oklahoma


SUBSCRIBE HERE!

Lawton's #1 Tree Service!
OASIS Tree Company
Licensed & Insured
917.2088

HOME    NEWS    SPORTS    STYLES    E-EDITIONS    CLASSIFIEDS    OBITUARIES    CONTACT    PUZZLES

## Joan Godlove

*Sun, 08/31/2014 - 1:45am Staff*

SHARE

Word has been received of the death of Joan Godlove, 75, Oklahoma City.

Mrs. Godlove passed away peacefully Saturday, Aug. 30, 2014, in Oklahoma City.

The family celebrated Joan's life in a private gathering at the home of Amanda and Keith Erwin.

She was born May 2, 1939, at the Fort Sill Indian Hospital in Lawton to Mary Virginia Dunlap and William Woolsey Godlove.

She earned a Bachelor of Arts in Zoology in 1961 from Duke University in Durham, N.C.; a Masters of Science in Medical Art in 1964 from the Medical School of Georgia in Augusta, Ga.; and a Juris Doctorate summa cum laude in 1977 from the Indiana School of Law in Indianapolis, Ind.

Joan was employed as a medical illustrator at the Mayo Clinic in Rochester, Minn.; at the Medical School of Georgia; and at the University of Texas Southwestern Medical Center in Dallas from 1964 through 1974. Beginning in 1977, Joan practiced law in Rochester, Minn., Indianapolis and Evansville, Ind., and Tulsa.

She was a gifted artist, an avid golfer, loved traveling and was a frequent visitor to museums and art galleries. She will be especially remembered for her intellect, tenacity and commitment to challenge injustice and her love and compassion for friends and family. Joan possessed a joyful spirit that brightened the lives of those she touched.

Survivors include a brother and sister-in-law, Ernest and Jane Godlove, Lawton; a brother and sister-in-law, James and Mary Jane Godlove, Vienna Va.; a sister, Susan Godlove, Lawton; nephews and nieces: Chris Godlove and Julien Hartley, Washington, D.C.; Amanda and Keith Erwin of Edmond; Brian and Pamela Godlove, Fairfax, Va.; and Rebecca Godlove, Pacific Palisades, Calif.; and grand nephews and nieces: Joseph and Molly Erwin, Oklahoma City, and Brooke and Carter Godlove, Fairfax, Va.

She was preceded in death by her parents.

Memorial contributions are welcome in support of the Integris Hospice House 13920 Quailbrook Drive, Oklahoma City, Oklahoma 73116 and the Philbrook Gardens 2727 South Rockford Road, Tulsa, Oklahoma 74114.

Joan's family would like to express their appreciation to the staff and volunteers at Integris Hospice House for their care and attention to make Joan's final days comfortable and peaceful.

An online guest book and sympathy cards are available at www.beckerfuneral.com.

**0 Comments**                                                    Sort by   Oldest

Add a comment...

Facebook Comments Plugin

**Section:** obituaries


HOME EQUITY LINES TO FIT YOUR NEEDS
Apply online today!
ARVEST BANK
Member FDIC


HOME EQUITY LINES TO FIT YOUR NEEDS
Apply online today!
ARVEST BANK


Independent and Assisted Senior Living
The Good Life
BROOKRIDGE
See our Video Tour!


CAMERON UNIVERSITY
www.cameron.edu
1-888-454-7600


Promise Care Hospice
Home Palliative Care
support when you need it.


Big or Small I sell them all!
Ruth Merriweather Realtor
RE/MAX Professionals
580-585-2232
580-353-7496





# M Gmail

**Stephen Wallace <spaul.wallace@gmail.com>**

---

## Angel MedFlight #54578
1 message

---

**Flights - Email** <flights@angelmedflight.com>
To: "spaul.wallace@gmail.com" <spaul.wallace@gmail.com>
Cc: Flights - Email <flights@angelmedflight.com>

Mon, Oct 31, 2016 at 8:36 AM

Good morning Stephen,

Thank you for reaching out to us. Our arrival time in Rochester would depend on how soon we could get everything together (please see attached list for details). Once we have everything we need to schedule the transfer we would let our flight/medical crew know and then they have two hours to get ready and head over to the aircraft. The closest aircraft we currently have to Tulsa available for today is in Missouri which is 42 minutes from Tulsa so we could land in Tulsa approximately 3 hours from the time we have everything needed to start scheduling Lisa's flight and then the flight to Rochester is 1 hour and 18 minutes. Because I don't have the sending facility/residence address I cannot calculate the drive times from Tulsa International to and from the location of the sending facility so I can't estimate the time we would arrive in Rochester but the crew normally spends about 30 minutes bedside on the sending end.

If you can let me know which facility to contact for medical records I can call that facility and request Lisa's medical records. I would need her date of birth as well as the facility will request this. If Lisa isn't currently at a facility then I will need the attached PHI completed so that I may request medical records.

Instructions for completing the attached Authorization to Use or Disclose Protected Health Information form:

Please complete only Section A and then print & sign name, date and initial at the bottom. (Please leave Section B blank as this form is used to request records from multiple locations.)

 In order to generate the flight agreement I would need at least Lisa's legal address and date of birth. We'd also need the name of the insurance company, ID number, and Lisa's date of birth so we can look into her insurance benefits. 



**Retainer Quote**

Dear Stephen Wallace,

Thank you for inquiring about Angel MedFlight's services. We offer Bedside-to-Bedside® air ambulance transportation on fixed-wing jet aircraft that are medically configured as Intensive Care Units with specialized Critical Care Flight Medical Teams. You can rest easy with our signature "One Touch Promise®" where we handle every detail of the patient transport from start to finish for seamless service and continuity of care. The information below serves as a brief overview of our services.

**Bedside-to-Bedside® Transport**

- *Coordination / Scheduling*. Angel MedFlight's in-house Registered Nurses and Case Managers will work with healthcare facilities and families to gather information about the patient's medical issues and transport needs. They will coordinate the ground and air segments of the transport, after confirming the receiving facility will accept the patient's care.

- *Patient Pick-Up*. Angel MedFlight's specialized Medical Team will arrive at the sending facility in a ground ambulance and receive a bedside report from the patient's nurse or caregiver. Care will then be transitioned to our Medical Team, who will perform their own thorough assessment of the patient's condition.

- *Patient Transport*. The patient will next be loaded into the ground ambulance, transported to the nearest appropriate airport, and then loaded onto the aircraft. The patient will receive care by our Medical Team throughout the entire process.

- *Patient Drop-Off*. Upon landing at the destination airport, the patient will be unloaded from the aircraft and loaded into a ground ambulance. Our Medical Team will continue to care for the patient inside the ground ambulance on the way to the receiving facility where, upon arrival, the patient's care will be transitioned at bedside to the facility's nurse or designated caregiver.

**Insurance Benefits / Retainer Assessment**

- *Insurance Benefits*. Angel MedFlight's trained professionals will work to identify all insurance payor sources; obtain pre-authorization approval for the transport; and recover available insurance proceeds to reduce the patient's out-of-pocket expenses. The patient's required participation in this process is generally limited to signing any necessary insurance forms and sending the insurance payor's reimbursement checks for Angel MedFlight's services to Angel MedFlight within 3 days of receipt. NOTE: Angel MedFlight is not an enrolled Medicare provider.

- *Retainer Assessment*. If payment by the identified insurance payor sources is not certain upfront, Angel MedFlight will conduct an assessment to determine an appropriate initial retainer for the transport. The retainer is intended to cover any copay, deductible, and coinsurance obligations as well as some upfront out-of-pocket costs. The full charges for the services will be submitted to available payor sources after the transport and, if the charges are paid in full, the retainer will be refunded less any copay, deductible, and coinsurance amounts.

For more details about our services, you can always visit our website at www.angelmedflight.com or view our online brochure at http://angelmedflight.com/ebrochure. If you send an email, please be sure to cc flights@angelmedflight.com so one of our team members can get back to you right away.

17851 N. 85th Street, Suite 350 | Scottsdale, Arizona 85255 | angelmedflight.com
Toll Free 877.264.3570 | International 480.634.8017 | Fax 844.404.3948 | International Fax 480.247.4603



# Retainer Quote

Date: 11/01/16
Retainer Quote #: 54578
Expiration Date: 11/15/16
Flight Coordinator: Christine Levinson

**Aviation West Charters, LLC**
**dba Angel MedFlight Worldwide Air Ambulance**
17851 N. 85th Street, Suite 350
Scottsdale, Arizona 85255
*Phone* 877.264.3570
*Fax* 844.404.3948
*Email* flights@angelmedflight.com

**Caller Contact Info:**
**Stephen Wallace**
*Phone* (331) 575-2341
*Email* spaul.wallace@gmail.com

| Date(s) of Service* | Departure City* | Arrival City* | Fuel Stops* | Flight Time* | Statute Miles* |
|---|---|---|---|---|---|
| November 1, 2016 | Tulsa | Rochester | 0 | 1.50 hrs | 568.00 |

*Estimates based on information available at time of quoting.*

| Total Retainer Amount | $13,450.00 |
|---|---|

### Disclaimer(s)

The retainer amount is intended to cover any patient copay, deductible, and coinsurance obligations as well as some upfront out-of-pocket costs. The retainer amount does not constitute Angel MedFlight's charges for the services. The charges for the services will be calculated after the services are rendered and then billed to available payor sources for reimbursement. If the charges are paid in full by the payor source(s), the retainer will be refunded less any copay, deductible, and coinsurance amounts.

Scheduling for services will not commence until the patient or patient's Power of Attorney reviews and signs Angel MedFlight's Air Medical Transport Agreement and, in most cases, remits the retainer amount to Angel MedFlight. The executed Air Medical Transport Agreement will supersede this Retainer Quote, as this Retainer Quote is only an estimate of the services to be performed. Depending on aircraft availability, Angel MedFlight may need to postpone the date(s) of service and/or utilize one of its approved vendors to assist in performing the services.

*Thank you for your business!*

Page 2 of 2

17851 N. 85th Street, Suite 350 | Scottsdale, Arizona 85255 | angelmedflight.com
Toll Free 877.264.3570 | International 480.634.8017 | Fax 844.404.3948 | International Fax 480.247.4603

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

IN THE MATTER OF THE GUARDIANSHIP )
)
OF LISA FRANCES WALLACE,                     )        No. PG-2002-225
)
)        Hon. Terry H. Bitting
An Incapacitated Person.                     )

## EMERGENCY PETITION OF GUARDIAN FOR ORDER APPROVING WITHDRAWAL OF LIFE-SUSTAINING PROCEDURES AND ALLOWING FOR A NATURAL DEATH FOR LISA FRANCES WALLACE, AN INCAPACITATED PERSON, AND BRIEF IN SUPPORT

COMES NOW Patricia Hastings, Guardian of Lisa Frances Wallace, an incapacitated person, by and through her undersigned counsel, Levinson, Smith & Huffman, P.C., and files this EMERGENCY PETITION OF GUARDIAN FOR ORDER APPROVING WITHDRAWAL OF LIFE-SUSTAINING PROCEDURES AND ALLOWING FOR A DO-NOT RESUSCITATE FOR LISA FRANCES WALLACE, AN INCAPACITATED PERSON, AND BRIEF IN SUPPORT, for the following reasons:

### INTRODUCTION

1.     Lisa Frances Wallace ("Lisa"), a 58 year old down-syndrome patient, is currently undergoing life sustaining medical treatment by mechanical ventilation through a tracheostomy at Hillcrest Medical Center in Tulsa, Oklahoma in the ICU unit.  Lisa has been diagnosed with the mental capacity of a 4-year-old.   Lisa has also been diagnosed as suffering from cerebral palsy and dementia.  Affidavit of Hassan Abouhouli, M.D., Exh. A, ¶¶ 6-8.

2.     Lisa has been declared legally incompetent to make decisions affecting medical treatment or care. Affidavit of Hassan Abouhouli, M.D., Exh. A, ¶ 7.



STATE OF OKLAHOMA
# CERTIFICATE OF DEATH

STATE FILE NUMBER  **2017-010554**

| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) LISA FRANCES WALLACE | 1a. LAST NAME PRIOR TO FIRST MARRIAGE WALLACE | 2. SEX FEMALE |
|---|---|---|

| 3. SOCIAL SECURITY NUMBER 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 | 4. EVER IN US ARMED FORCES? NO | 5a. AGE- Last birthday (years) 58 | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH (Mo/Day/Yr) FEBRUARY 1, 1959 |
|---|---|---|---|---|---|

| 7. BIRTHPLACE (City and State or Foreign Country) TULSA, OKLAHOMA | 9a. RESIDENCE-State OKLAHOMA | 9b. RESIDENCE-County WAGONER | 9c. RESIDENCE-City or Town BROKEN ARROW |
|---|---|---|---|

| 9d. RESIDENCE-Zip Code 74014 | 9e. RESIDENCE-Inside City Limits? YES | 9f. RESIDENCE-Street and Number 21691 EAST 39TH STREET | 9g. RESIDENCE-Apt. Number |
|---|---|---|---|

| 8. MARITAL STATUS AT TIME OF DEATH ☐ Married ☒ Never Married ☐ Widowed ☐ Divorced ☐ Married, but separated ☐ Unknown | 10. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) |
|---|---|

| 11. FATHER'S NAME (First, Middle, Last) FRANK A. WALLACE | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) LORICE T. SAFFA |
|---|---|

| 13. DECEDENT OF HISPANIC ORIGIN? NO, NOT SPANISH/HISPANIC/LATINO | 14. DECEDENT'S RACE WHITE | 15. DECEDENT'S EDUCATION 8TH GRADE OR LESS |
|---|---|---|

| 16. DECEDENT'S USUAL OCCUPATION (Indicate type of work done during most of working life. DO NOT USE RETIRED.) NEVER WORKED | 17. KIND OF BUSINESS / INDUSTRY NEVER WORKED |
|---|---|

| 18a. INFORMANT'S NAME PATRICIA W. HASTINGS | 18b. RELATIONSHIP TO DECEDENT SISTER | 18c. MAILING ADDRESS (Street and Number, City, State, Zip Code) 4822 EAST 99TH STREET, TULSA, OKLAHOMA 74137 |
|---|---|---|

| 19. METHOD OF DISPOSITION: ☐ Burial ☐ Cremation ☐ Donation ☒ Entombment ☐ Removal from state ☐ Other (specify) | 20. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) CALVARY CEMETERY MAUSOLEUM | 21. LOCATION – City, Town and State TULSA, OKLAHOMA |
|---|---|---|

| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY FITZGERALD SOUTHWOOD COLONIAL CHAPEL - TULSA, 3612 E. 91ST STREET SOUTH, TULSA, OKLAHOMA 74137 | 23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH KOBY CREASON |
|---|---|
| | 24. FH ESTABLISHMENT LICENSE # 1517ES |

| 25. PLACE OF DEATH (Check only one- see instructions) | |
|---|---|
| IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival | IF DEATH OCCURRED OTHER THAN IN A HOSPITAL: ☐ Hospice Facility ☐ Nursing home/Long term care facility ☒ Decedent's home ☐ Other (specify) |

| 26. FACILITY NAME (If not institution, give street & number) 21691 EAST 39TH STREET | 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH BROKEN ARROW, OKLAHOMA, 74014 | 28. COUNTY OF DEATH WAGONER |
|---|---|---|

| 29. DATE OF DEATH (Mo/Day/Yr) APRIL 12, 2017 | 30. TIME OF DEATH 08:13 | 31. WAS MEDICAL EXAMINER CONTACTED? YES | 32. WAS AUTOPSY PERFORMED? NO | 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|---|---|

**CAUSE OF DEATH (See instructions and examples)**

| 34. PART I. Enter the chain of events- diseases, injuries or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary. | | Approximate Interval: Onset to death | 35. PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. ACUTE RESPIRATORY FAILURE | UNKNOWN | TRACHEAL STENOSIS, SEIZURES, HYDROCEPHALUS, DIASTOLIC HEART FAILURE GRADE 1, DIABETES, COR PULMONALE |
| | Due to (or as a consequence of): | | |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. STAPHYLOCOCCUS AUREUS PNEUMONIA | UNKNOWN | |
| | Due to (or as a consequence of): | | |
| Enter the UNDERLYING CAUSE (disease Or injury that initiated the events resulting in death) LAST. | c. TRACHEAL STENOSIS | UNKNOWN | |
| | Due to (or as a consequence of): | | |
| | d. | | |

| 36. MANNER OF DEATH ☒ Natural ☐ Homicide ☐ Accident ☐ Suicide ☐ Pending Investigation ☐ Could not be determined | 37. IF FEMALE: ☒ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year | 38. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ No ☐ Probably ☒ Unknown |
|---|---|---|

| 39. DATE OF INJURY (Mo/Day/Yr) | 40. TIME OF INJURY | 41. PLACE OF INJURY (e.g.: Decedent's home; construction site; wooded area) | 42. DESCRIBE HOW INJURY OCCURRED: | 43. INJURY AT WORK? |
|---|---|---|---|---|

| 44. LOCATION OF INJURY:  State:  City or Town:  Zip Code: Street & Number:  Apartment Number: | 45. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (specify) |
|---|---|

| 46. CERTIFIER (Check only one) ☒ ATTENDING PHYSICIAN: ☒ Physician in charge of the patient's care ☐ Physician in attendance at time of death only To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated. ☐ MEDICAL EXAMINER On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated. Certifier: CHANDINI SHARMA, MD | 47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Item 34) CHANDINI SHARMA, MD 2025 E 71ST STREET TULSA, OKLAHOMA 74136 |
|---|---|
| | 48. LICENSE NUMBER 24955OK |
| | 49. DATE DEATH CERTIFIED (Mo/Day/Yr) APRIL 12, 2017 |

| 50. REGISTRAR'S SIGNATURE Kelly M Baker | 52. DATE RECEIVED BY STATE REGISTRAR (Mo/Day/Yr) APRIL 13, 2017 |
|---|---|

REVISION 2013                VS 154 (08/13)

VOID IF ALTERED OR ERASED

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Thursday, April 13, 2017 11:29:55 AM